AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

John Curran

APPEARANCE

CASE NUMBER: CR 05-102ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JOHN CURRAN

I certify that I am admitted to practice in this court.

9/19/05
*Date*

[signature]
*Signature*

James E. O'Neil 2097
*Print Name* *Bar Number*

A-103 1130 Ten Rod Rd.
*Address*

N. K. R.I. 02852
*City* *State* *Zip Code*

401-667-7111 401-667-7112
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher