# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**September 19, 2005**

**CR 05-102ML**

**TITLE: USA v. JOHN CURRAN**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Luis Matos**

**Defendant: James O'Neil**

**Probation: Heather McLoughlin**

**************************************************************************************

## Arraignment

**All counsel of record present. Defendant present. Probation present. Court allows defendant's counsel to appear for bail argument only. Court schedules a hearing for October 3, 2005 at 10:00 am to address the issue of determination of counsel. Court informs defendant of pending charges; Court enters a plea of not guilty on behalf of the defendant. Court enters an arraignment order. Attorneys argue bail. Court orders defendant released on $50,000.00 secured bond which must be posted by September 26, 2005. Court orders defendant to home confinement with electronic monitoring.**

SCANNED