AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

RECEIVED
SEP 16 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

UNITED STATES OF AMERICA

v.

JOHN E. CURRAN

WARRANT FOR ARREST

CASE NUMBER: CR 05-102ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOHN E. CURRAN
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Wire Fraud and Money Laundering

in violation of Title 18 United States Code, Section(s) 1343, 1956(a)(1)(A)(i) & @

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

September 16, 2005, Providence RI
Date and Location

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Exeter, RI by Food & Drug Agents | | |
| DATE RECEIVED 09/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 09/16/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.