**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CR. NO.: 05-102 ML
:
JOHN E. CURRAN :

## MOTION FOR EXTENSION OF TIME TO POST BOND

Now comes John E. Curran, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully moves this Honorable Court to grant an extension of time to post bond. As reason in support of said Motion the Defendant relies on the accompanying Memorandum of law.

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 23rd day of September, 2005 a true and accurate copy of the within Motion for Extension of Time to Post Bond was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher EM Specialist at (401) 752-7399.

James E. O'Neil, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CR. NO.: 05-102 ML
:
JOHN E. CURRAN :

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXTENSION OF TIME TO POST BOND**

On September 19, 2005, Magistrate Judge Martin set bail in the amount of fifty thousand ($50,000.00) dollars surety and required said surety to be posted on or before September 26, 2005. The Defendant is respectfully requesting an extension of time up to and including Friday, September 30, 2005 to post said bond. As reason in support of such request, the Court is advised that a family member has a commitment pending from a lending institution however the agreement can not be consummated until September 30, 2005. Significantly, the Defendant poses no risk of flight as he remains in a home confinement program on an electronic monitoring system maintained by the United States Probation Department.

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 23rd day of September, 2005 a true and accurate copy of the within Memorandum in Support of Motion for Extension of Time to Post Bond was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher at (401) 752-7399.

James E. O'Neil, Esq.