FILED
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
COPY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CR. NO.: 05-102 ML
:
JOHN E. CURRAN :

**MOTION FOR EXTENSION OF TIME TO POST BOND**

Now comes John E. Curran, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully moves this Honorable Court to grant an extension of time to post bond. As reason in support of said Motion the Defendant relies on the accompanying Memorandum of law.

EXTENSION
GRANTED UP TO AND INCLUDING 9/30/05.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 26, 2005

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 23 day of September, 2005 a true and accurate copy of the within Motion for Extension of Time to Post Bond was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher EM Specialist at (401) 752-7399.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☐ for determination
☐ ____________________
Mary M. Lisi, U.S. District Judge
Date: 9/26/05

James E. O'Neil
James E. O'Neil, Esq.

SCANNED