**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO.: 05-102 ML |
| | : | |
| JOHN E. CURRAN | : | |

**MOTION TO DISPOSE OF FIREARMS**

Now comes John E. Curran, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully requests this Honorable Court grant him permission to sell firearms to a lawfully licensed federal firearms dealer.

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 26th day of September, 2005 a true and accurate copy of the within Motion to Dispose of Firearms was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher EM Specialist at (401) 752-7399.

James E. O'Neil, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO.: 05-102 ML |
| | : | |
| JOHN E. CURRAN | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO DISPOSE OF FIREARMS**

On September 19, 2005 Private Investigator Gerald Griffin surrendered one (1) Smith and Wesson 38 cal. Spl. (ser # J142665), one (1) High Standard, Field Classic 12 ga. Shotgun (ser. # 3098064) and one (1) Winchester model 9422 XTR .22S-L-LR rifle (ser #F390571) to the Rhode Island State Police Wickford Barracks on behalf of the Defendant in accord with the Court's Order concerning conditions of bail set on September 19, 2005. The Defendant now seeks to sell the subject firearms to a federally licensed firearms dealer. If in fact the Court grants the Defendant permission to do so, Private Investigator Griffin will be retained by the Defendant to retrieve the subject firearms from the Rhode Island State Police and immediately transport them to a federally licensed firearms dealer where the subject firearms will be sold and the proceeds of the sale will then be provided to the Defendant John Curran.

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 26th day of September, 2005 a true and accurate copy of the within Memorandum in Support of Motion to Dispose of Firearms was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher at (401) 752-7399.

James E. O'Neil, Esq.