SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 05-102ML |
| | : | |
| JOHN E. CURRAN | : | |

**RESPONSE OF THE UNITED STATES OF AMERICA**
**TO DEFENDANT'S MOTION TO DISPOSE OF FIREARMS**

Defendant has filed a motion requesting that an independently hired private investigator be permitted to retrieve firearms belonging to Defendant which are currently in the possession of the Rhode Island State Police. Defendant wishes to transfer said firearms to a federally licensed firearms dealer for future sale, with proceeds to be given to Defendant Curran.

The Government does not object to this request so long as the guns are retrieved, transported, and sold in accordance with all applicable State and Federal laws, are at no time in the possession or control of Defendant, and so long as Defendant does not obtain any additional firearms.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Luis Matos
Lisa Dinerman
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response to Defendant's Motion to Dispose of Firearms was faxed to James E. O'Neil, Esq. at 667-7112, and to U.S. Probation Officer Brian Pletcher at 752-7399, and was sent regular mail, postage prepaid, this 27th day of September, 2005 to James E. O'Neil, Esq., The Meadows, Suite A-103, 1130 Ten Rod Road, North Kingstown, RI 02852.

K Anderson