**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO.: 05-102 ML |
| | : | |
| JOHN E. CURRAN | : | |

**MOTION FOR REDUCTION OF BAIL**

Now comes John E. Curran, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully requests this Honorable Court reduce the amount of surety bond set in the amount of fifty thousand ($50,000.00) dollars on September 19, 2005.

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24 day of September, 2005 a true and accurate copy of the within Motion for Reduction of Bail was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher EM Specialist at (401) 752-7399.

James E. O'Neil, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO.: 05-102 ML |
| | : | |
| JOHN E. CURRAN | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR REDUCTION OF BAIL**

On September 19, 2005 bail was set in the amount of fifty thousand ($50,000.00) with surety. The Defendant has now been afforded the opportunity to post such surety by September 30, 2005. Significantly, as additional conditions of release the Defendant's travel was restricted to the District of Rhode Island and he was placed in the United States Department of Probation home confinement program to include electronic monitoring.

The Defendant now seeks to have the surety originally set in the amount of fifty thousand ($50,000.00) dollars reduced to ten thousand ($10,000.00) dollars. Although the Defendant's family is currently trying to raise the fifty thousand ($50,000.00) dollars full surety, they now have additional concerns that their efforts may possibly prove fruitless. There remains a possibility that a home equity line of credit may allow them to raise the sum of fifty thousand ($50,000.00) dollars by September 30, 2005 but at this juncture it remains a possibility. If in fact they are unsuccessful, the Defendant's liberty pending trial will be put in jeopardy.

During the course of the September 19th hearing concerning the matter of bail, the Government requested fifty thousand ($50,000.00) dollars with surety and relied upon reasons that were simply bald assertions. As earlier noted by undersigned Counsel during the course of Curran's initial appearance on September 19th, the current Indictment is the result of a nine (9) month investigation. During this time period the Defendant posed no risk of flight, appeared at the offices of the United States Attorney and in fact presented a proffer to the Prosecution. Curran, through Counsel, remained in contact with the Prosecution up to and including the date the Indictment was returned. Clearly if given the opportunity to surrender as is customary in cases of this nature, Mr. Curran remained available to do so as opposed to languishing in the A.C.I. from Friday until Monday morning. Significantly, since he has been placed in home

confinement he has maintained an impeccable record with the United States Department of Probation. Curran is monitored by U.S. Probation Officer Brian Pletcher.

Currently the Government has in its possession two thousand, five hundred ten ($2,510.00) dollars in cash and approximately fifteen thousand ($15,000.00) dollars seized from a Citizen's Bank Account as a result of search warrants which were executed on January 7, 2005.

It is respectfully submitted that by reducing the surety bond to ten thousand ($10,000.00) dollars and requiring said amount to be satisfied by a certified check, coupled with the fact that the Government currently possesses seventeen thousand, five hundred and ten ($17,510.00) dollars which was earlier seized provides the Court with sufficient assurance that the Defendant will appear at all further proceedings, remaining mindful that the Defendant remains in home confinement as well.

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 26th day of September, 2005 a true and accurate copy of the within Memorandum in Support of Motion for Reduction of Bail was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher at (401) 752-7399.

James E. O'Neil, Esq.