UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 05-102ML |
| | : | |
| JOHN E. CURRAN | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR REDUCTION OF BAIL**

The United States of America, by the undersigned, objects to the motion of Defendant for a reduction of bail. As grounds for its objection, the Government states as follows. On September 19, 2005, this Court, after considering the factors set forth in 18 U.S.C. § 1342, set bail at $50,000.00 with surety. The Government is not aware of any relevant change in circumstances since the September 19, 2005, hearing which would warrant a revision of the Court's decision.

Any assets that may have been seized as a result of a properly issued seizure warrant by this Court have no bearing upon a proper bail determination. Such assets do not provide a substitute for bail nor do they in any manner insure defendant's appearance at future proceedings in this matter.

In addition, as outlined at defendant's bail hearing, there are significant questions about defendant's access to funds. He has previously boasted to a patient and a former colleague that the United States did not seize all of his assets and that he has enough funds to relocate to a foreign country and start anew. He also advised the Probation Officer that he has $50,000 to $100,000 in equity in his house.

Accordingly, for these reasons and those stated at defendant's arraignment, the United States respectfully requests that defendant's motion be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Luis Matos
Lisa Dinerman
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response to Defendant's Motion to Dispose of Firearms was faxed to James E. O'Neil, Esq. at 667-7112, and to U.S. Probation Officer Brian Pletcher at 752-7399, and was sent regular mail, postage prepaid, this 28th day of September, 2005 to James E. O'Neil, Esq., The Meadows, Suite A-103, 1130 Ten Rod Road, North Kingstown, RI 02852.