UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-102ML** **DATE: September 30, 2005**

**TITLE: USA v. JOHN CURRAN**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Lisa Dinerman**

**Defendant: James O'Neil**

**Probation: Brian Pletcher**

******************************************************************************

**Proceedings: Defendant's Motion for Reduction of Bail and Defendant's Motion to Dispose of Firearms**

**All counsel of record present. Defendant present. Probation present. Court allows Mr. O'Neil to represents the defendant on the limited bases of motions on for hearing today. Court grants the motion to dispose of firearms. Court denies the motion to reduce bail. Defendant has until 10:00 Monday, October 3, 2005 to post the 50,000.00 full surety bail.**