RECEIVED
SEP 29 2005
U.S. MARSHALS
DISTRICT

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOHN E. CURRAN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 05-102ML

(Name and Address of Defendant)

JOHN E. CURRAN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: David L. Martin, United States Magistrate Judge | Date and Time<br>Friday, September 30, 2005 at 10:00 A.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title ________ Section(s) ________

Brief description of offense:

Signature of Issuing Officer

September 29, 2005
Date

Martha Saucier/ Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 9/30/05

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: 2 EXCHANGE TERRACE 2nd FL PROVIDENCE, R.I.

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9/30/05
Date

BURTON STALLWOOD
Name of United States Marshal

C.A Moore DUSM
(by) Deputy United States Marshal

Remarks:

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.