AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES

v.

JOHN CURRAN

APPEARANCE

CASE NUMBER: 1:05-CR-00102 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant John CURRAN

I certify that I am admitted to practice in this court.

Oct 3, 2005
*Date*

Robert B. Mann
*Signature*

Robert B. MANN — 0153
*Print Name* — *Bar Number*

ONE TURKS HEAD PL., SUITE 610
*Address*

PROV — RI. — 02903
*City* — *State* — *Zip Code*

401-351-5770 — 401-521-4305
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher