Response Attached

FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 29 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO.: 05-102 ML |
| | : | |
| JOHN E. CURRAN | : | |

**MOTION TO DISPOSE OF FIREARMS**

Now comes John E. Curran, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully requests this Honorable Court grant him permission to sell firearms to a lawfully licensed federal firearms dealer.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐

Mary M. Lisi, U.S. District Judge
Date: 9/28/05

Respectfully Submitted
John E. Curran
By and Through His Attorney

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

GRANTED provided that the guns are retrieved, transported, and sold in accordance with all applicable State and Federal laws, are at no time in the possession or control of Defendant, and so long as Defendant does not obtain any additional firearms.

DAVID L. MARTIN
United States Magistrate Judge
October 3, 2005

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 26th day of September, 2005 a true and accurate copy of the within Motion to Dispose of Firearms was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher EM Specialist at (401) 752-7399.

James E. O'Neil, Esq.