UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-102ML** **DATE: October 3, 2005**

**TITLE: USA v. JOHN CURRAN**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Luis Matos**
**Lisa Dinerman**

**Defendant: Robert Mann**

**Probation: Brian Pletcher**

**************************************************************************

**Proceedings: Determination of Attorney**

**All counsel of record present. Defendant present. Probation present. Mr. Mann enters his appearance on behalf of the defendant. Defendant makes oral request for modification of conditions of release seeking employment. Government has no objection. Court grants the requests to allow defendant to leave residence from 6:00 am to 7:00 pm to seek employment with prior approval of probation.**