nly Attached

FILED

SEP 28 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR. NO.: 05-102 ML
:
JOHN E. CURRAN :

RECEIVED

SEP 29 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

## MOTION FOR REDUCTION OF BAIL

Now comes John E. Curran, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully requests this Honorable Court reduce the amount of surety bond set in the amount of fifty thousand ($50,000.00) dollars on September 19, 2005.

Referred to U.S.M.J. Martin
☐ for findings & recommendation
☒ for determination
☐ ______________
Mary M. Lisi, U.S. District Judge
Date: 9/28/05

Respectfully Submitted
John E. Curran
By and Through His Attorney

[signature]

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111-phone
(401) 667-7112-fax

DENIED for the reasons stated at the hearing on September 30, 2005.

[signature]

DAVID L. MARTIN
United States Magistrate Judge
October 3, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 24 day of September, 2005 a true and accurate copy of the within Motion for Reduction of Bail was faxed to Assistant U.S. Attorney Luis Matos at 709-5001 and U.S. Probation Officer Brian Pletcher EM Specialist at (401) 752-7399.

[signature]

James E. O'Neil, Esq.