UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-102ML |
| | ) | |
| | ) | |
| JOHN CURRAN | ) | |

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

Now comes the defendant in the above entitled matter and moves for an extension of time, to and through January 4, 2006 in which to file his pretrial motions. At present that deadline is October 20, 2005. On October 3, 2005 the defendant requested discovery. The defendant has not yet received discovery from the government and expects such discovery to be substantial. Additionally, the undersigned counsel expects to be involved in one or two trials for a substantial portion of the next two months.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

John Curran
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 17 day of October, 2005.