UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-102ML |
| | ) | |
| | ) | |
| | ) | |
| JOHN CURRAN | ) | |

MOTION TO MODIFY CONDITIONS
OF RELEASE

Now comes the defendant and moves to modify the conditions of his release. The defendant specifically seeks removal of electronic monitoring as a condition of his release. In support of said motion, the defendant submits the attached memorandum of law.

The defendant requests a hearing on this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days and this is a supplemental motion for an extension of time.

John Curran
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 10 day of November, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-102ML |
| | ) | |
| | ) | |
| JOHN CURRAN | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant has moved to modify the conditions of his release. The defendant specifically seeks removal of electronic monitoring as a condition of his release. Well over a month has passed since this Court initially considered the issue of the conditions of the defendant's release. There are several points the defense would make in support of the request for a modification of the terms of release.

First, the defense seeks only a limited modification, the removal of electronic monitoring.

Second, the defense is providing to the government a letter from a physician detailing the defendant's mother's health problems. The defense believes the letter provides further grounds in support of the defendant's request to be relieved of the electronic monitoring requirement and anticipates presenting the letter to the Court at the time of the hearing on this motion. Electronic monitoring does not prevent contact between the defendant and his mother, but makes such contact more difficult.

Third, the defendant would note that since his release on bail, with electronic monitoring, he has had no problems with electronic monitoring and has been compliant with the same.

Fourth, the defense would note that at one point in this case there was some discussion about the defendant having a jet, which would presumably facilitate escape. The defendant has represented that he does not have a jet and the defense would suggest that the time since the defendant's arraignment provides sufficient additional time for the government to prove he has such a plane, if he does .

At the hearing on September 19, 2005, there were a myriad of reasons advanced in support of the defendant's release. A few key ones are repeated. He had advance knowledge of the investigation and clearly did not flee. He has significant family contacts in Rhode Island. Those family contacts include a young son for whom he provides a great deal of care, the mother of his child, with whom he lives, and other adult relatives, including his mother.

For all of the reasons set forth above, the defendant asks that electronic monitoring be eliminated as a condition of his release.

John Curran
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 10 day of November, 2005.