SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-102ML |
| | ) | |
| | ) | |
| JOHN CURRAN | ) | |

**MOTION TO WITHDRAW**

Now comes Robert B. Mann and moves to withdraw as counsel for the defendant in the above captioned matter. In support of said motion, the attached memorandum of law is submitted.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office and John Curran, 66 Falcon Ridge Drive Exeter, RI 02822 on the 23 day of November, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-102ML |
| | ) | |
| | ) | |
| JOHN CURRAN | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW**

Robert B. Mann has moved to withdraw as counsel for the defendant in the above captioned matter. In support of such motion, current counsel submits that he anticipates that the defendant will retain new counsel. Additionally, there has been no trial date set in this case and pre-trial motions are due on January 4, 2006. The only outstanding motion is a motion to modify conditions of release filed by the defendant and scheduled to be heard on Monday November 28, 3005 at 3:00pm. No request is being made to change that hearing date.

Generally speaking the defendant has the right to counsel of his choice. In this case, changing counsel at this early stage of the proceedings will not impede the schedule already established for this case. For these reasons and such other reasons as may appear at a hearing on this motion, the undersigned requests that he be permitted to withdraw as counsel in this matter.

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

## CERTIFICATION

I hereby certify that a copy of the above document was mailed or delivered to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office and John Curran, 66 Falcon Ridge Drive Exeter, RI 02822 on the 23 day of November, 2005.

[signature]