AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Providence

UNITED STATES OF AMERICA

vs.

JOHN CURRAN

## APPEARANCE

CASE NUMBER: CR05-102 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JOHN CURRAN

12/1/05
*Date*

*Signature*

Scott A. Lutes Bar #3502
*Print Name*

127 Dorrance Street, Second Floor
*Address*

Providence, Rhode Island 02903
*City* *State* *Zip Code*

401-861-1142 (o) 401-741-7525 (cell)
*Phone Number*