RECEIVED
NOV 30 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
V. ) Case No. 05-102ML
)
)
JOHN CURRAN )

ORDER

In the above-entitled matter the defendant's motion to modify the conditions of his release is denied to the extent that it seeks removal of electronic monitoring. It is granted to the extent that the defendant is permitted to participate in the care of his mother at her home between the hours of 8:00 a.m. and 6:00 p.m., provided that at all times he informs pretrial services in advance of the times when he will be at his mother's house. He is permitted to bring his child with him to his mother's home. He is further permitted to take his mother to medical appointments, but is otherwise not permitted to leave her home when caring for her.

ENTER: PER ORDER:

David L. Martin
USMJ 12-2-05

CERTIFICATION

I hereby certify that a copy of the above document was mailed, delivered, or faxed to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 29th day of November, 2005.