UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
V. ) Case No. 05-102ML
)
)
JOHN CURRAN )

**MOTION TO WITHDRAW**

Now comes Robert B. Mann and moves to withdraw as counsel for the defendant in the above captioned matter. In support of said motion, the attached memorandum of law is submitted.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Granted
Mary M. Lisi
USDJ 12/2/05

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Luis Matos and Lisa Dinerman at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office and John Curran, 66 Falcon Ridge Drive Exeter, RI 02822 on the 23 day of November, 2005.