RECEIVED
JAN 06 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Vs.** | : | **Cr. No. 05-102ML** |
| **JOHN CURRAN** | : | |

## ORDER

This matter came to be heard before the Honorable Justice Mary Lisi for a pre-trial conference on January 6, 2006. Upon oral motion of defense counsel to Extend the Deadline for the Filing of Pre-Trial Motions, it is hereby, **ORDERED, ADJUDGED and DECREED**:

1. Based upon the recent entry of defense counsel (December 2, 2005) the deadline for the filing of pre-trial motions in the above matter may be extended up to and including, January 17, 2006.
2. The period of time covered by this extension shall be deemed excludable time as defined in 18 U.S.C. Section 3161 (h)(1)(f).

| | |
|---|---|
| **ENTER:** | **PER ORDER:** |
| **U. S. District Court Judge** | **Clerk of the District Court** |
| **Dated:** 1/6/06 | **Dated:** 1/6/06 |

**Presented by:**

Scott A. Lutes, Esq. #3502
127 Dorrance Street
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I hand-delivered a true and accurate copy of the above Order to Luis Matos, Assistant U.S. Attorney, Office of the U.S. Attorney, 8th Floor, Fleet Center, Providence, RI 02903, on this the 6th day of January, 2006.