**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs** **Cr. No. 05-102ML**

**JOHN CURRAN**

**MOTION TO PRESERVE ROUGH NOTES AND WRITINGS**

Now comes the attorney for the defendant in the above-entitled case and hereby moves this Honorable Court to enter an Order directing all Government agents affiliated with this case to preserve any and all rough notes, investigative notes and writings pertaining to the investigation and prosecution of this case and with respect to all witnesses. In further support of this Motion, counsel contends that these notes and writings could fall within the ambit of the *Jencks* Act, so called, 18 U.S.C. §3500, and may constitute exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).

In further support of this Motion counsel relies upon the reasoning as set forth in the attached Memorandum of Law.

WHEREFORE, defendant respectfully prays that his Motion to Preserve Rough Notes and Writings be granted.

JOHN CURRAN,
By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay up to the Defendant's request of thirty (30) days, occasioned by the making, hearing or granting of this motion will constitute in whole or in part excludable time as defined by 18 U.S.C. § 3161(h).

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion to Preserve Rough Notes and Writings, to Luis Matos, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 17th day of January, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**vs** **Cr. No. 05-102ML**

**JOHN CURRAN**

**MEMORANDUM IN SUPPORT OF**
**MOTION TO PRESERVE ROUGH NOTES AND WRITINGS**

The defense has moved for this Court to enter an Order directing all Government agents affiliated with this case to preserve any and all rough notes, investigative notes and writings pertaining to the investigation and prosecution of this case and with respect to all witnesses.

The purpose of this motion is to prevent the destruction of potentially relevant or potentially exculpatory information which is contained within investigative notes. Investigative notes and writings provide the most contemporaneous factual statements available regarding events that are crucial to the allegations in this case. The notes of government agents, interpreters, etc., are likely to reflect memory lapses and inconsistencies between witness statements which have been or were otherwise refreshed during the agents' interviews, as well as inaccuracies in translations.

In further support of this Motion, counsel contends that these notes and writings may fall within the ambit of the *Jencks* Act, so called, 18 U.S.C. §3500, and may constitute exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), but without an Order preserving them, counsel will never know.

WHEREFORE, defendant respectfully prays that his Motion to Preserve Rough Notes and Writings be granted.

JOHN CURRAN,
By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I ~~mailed~~ hand-delivered a true and accurate copy of the within Memorandum is Support of Motion to Preserve Rough Notes and Writings, to Luis Matos, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 17th day of January, 2006.