**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**vs : Cr. No. 05-102ML**

**JOHN CURRAN :**

# MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL

Now comes the attorney for the defendant in the above-entitled case and hereby moves this Honorable Court to enter an Order directing the Government to produce Jencks Act (18 U.S.C. § 3500) material to the defense prior to trial and to produce the statements of the Government agents at least seven (7) days prior to trial.

In further support of this Motion counsel relies upon the reasoning as set forth in the attached Memorandum of Law.

WHEREFORE, defendant respectfully prays that his Motion For Production of Jencks Act Material Before Trial be granted.

JOHN CURRAN,
By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay up to the Defendant's request of thirty (30) days, occasioned by the making, hearing or granting of this motion will constitute in whole or in part excludable time as defined by 18 U.S.C. § 3161(h).

**CERTIFICATION**

I hereby certify that I ~~mailed~~ hand-delivered a true and accurate copy of the within Motion For Production of Jencks Act Material Before Trial, to Luis Matos, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 17th day of January, 2006.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs | : | Cr. No. 05-102ML |
| JOHN CURRAN | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL**

The defendant has moved for the production of Jencks Act (18 U.S.C. § 3500) material at least seven (7) days prior to trial.

While a strict reading of the statute reveals that production under the Act is not mandated until after the witness has testified, a better, more modern practice, is for the Court to compel production in advance of trial in order to assure the speedy administration of justice, avoid unnecessary delay and surprise. Particularly in complex or lengthy trials, production of Jencks Act material is preferable than granting defense requests for continuance after the witness has testified as is allowed in 18 U.S.C. § 3500 (c):

> Whenever any statement is delivered to a defendant pursuant to this section, the court in its discretion, upon application of said defendant, may recess proceedings in the trial for such time as it may determine to be reasonably required for the examination of such statement by said defendant and his preparation

for its use in the trial.

To avoid long delays in the trial and to safeguard the constitutional and statutory rights of the defendant, this Court should order the Government to disclose Jencks Act material prior to trial.

JOHN CURRAN,

By his attorney,

**Scott A. Lutes, #3502**
127 Dorrance Street, 2nd floor
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that ~~I mailed~~ hand-delivered a true and accurate copy of the within Memorandum in Support of Motion For Production of Jencks Act Material Before Trial, to Luis Matos, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 17th day of January, 2006.