**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR EXCULPATORY EVIDENCE**

The defendant moves for the disclosure of all exculpatory evidence under Brady v. Maryland, 373 U.S. 83 (1963). The government is well aware of its Brady obligations and has provided discovery in this matter in a manner to comply with its obligations as required under Brady and Giglio v. United States, 405 U.S. 150 (1972), and in accordance with this Court's pre-trial order. In addition, to the extent any such evidence becomes known, the government will timely disclose to the defendant any evidence favorable to the defendant which is material to guilt or innocence, if and when any such evidence comes into the government's possession.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2006, I caused to be sent via first class regular mail, a true copy of the within Government's Response to Defendant's Motion for Exculpatory Evidence to:

Scott A. Lutes, Esq.
127 Dorrance Street
2nd Floor
Providence, R.I. 02903

K. Anderson