**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR PRODUCTION OF JENCKS MATERIAL BEFORE TRIAL**

Defendant has filed a motion for the production of Jencks material in advance of trial. While not required under 18 U.S.C. § 3500, on October 17, 2006, the government produced Grand Jury testimony and interview reports of all the factual witnesses that it presently intends to introduce at trial, including all the victims identified in the Indictment that have provided either Grand Jury testimony or have been interviewed. The government has even produced interview reports of witnesses that may not testify. If other witnesses are eventually identified as putative trial witnesses, their interview reports, while not statements in accordance with Jencks, will also be produced in timely fashion.

Conversely, the United States notes that the Court's pre-trial order states that "[w]here the government agrees, pursuant to an open-file policy or otherwise, to provide pretrial discovery of witness statements in accordance with 18 U.S.C. § 3500 and Rule 26.2, Fed. R. Crim. P., the defendant shall provide reciprocal pretrial discovery of witnesses statement to the government." Accordingly, in light of the government's production of Jencks material in October of last year, it is likewise incumbent upon defendant to provide Jencks material to the United States at this time.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2006, I caused to be sent via first class regular mail, a true copy of the within Government's Response to Defendant's Motion for Production of Jencks Material Before Trial to:

Scott A. Lutes, Esq.
127 Dorrance Street
2nd Floor
Providence, R.I. 02903

[signature]