**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS OR SPECIFIC INSTANCES OF CONDUCT**

Now comes the United States and hereby responds to defendant's motion to require notice of intention to use "other crimes, wrongs, or acts" evidence or "specific instances of conduct" evidence.

The United States is cognizant of its obligations pursuant to Fed. R. Ev. 404(b) and intends to "provide reasonable notice in advance of trial, or during trial, if the Court excuses pre-trial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial." Id. Presently, other that than which is alleged in the Indictment, the government is not aware of "prior bad acts" evidence that it intends to introduce at trial. If the government decides to introduce such evidence, it will comply with Rule 404(b).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2006, I caused to be sent via first class regular mail, a true copy of the within Government's Response to Defendant's Motion for Disclosure of Evidence of Other Crimes, or Acts or Specific Instances of Conduct to:

Scott A. Lutes, Esq.
127 Dorrance Street
2nd Floor
Providence, R.I. 02903