UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 05-102ML

JOHN CURRAN

**ORDER**

This matter is before the Court on Defendant's motion to certify this matter as complex litigation pursuant to 18 U.S.C. § 3161(h)(8)(A). The Government has objected. For the reasons set forth below, Defendant's motion is GRANTED.

This Court has determined that the ends of justice served by certifying this matter as unusual or complex and granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This matter includes novel questions of fact and law and a significant amount of information that Defendant will need time to review to effectively prepare for trial. See 18 U.S.C. § 3161(B)(ii). Accordingly, the time from January 17, 2006, until the date scheduled for impanelment, March 30, 2006, shall be excluded from the computation of time within which trial shall commence under 18 U.S.C. § 3161.

Defendant has informed the Court of his intent to file a motion to dismiss the indictment. Defendant shall have ten days from the date of this order to file the motion to dismiss.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
United States District Judge
February 7, 2006