FILED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 05-102ML** |
| | : | |
| **JOHN CURRAN** | : | |

**MOTION TO CONTINUE TRIAL**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves to continue the trial of this case currently scheduled for April 5, 2006, until a date at least 30 days later due to the fact that counsel has been seriously ill and is consequently unprepared for trial.

In support of this motion counsel avers that due to illness, and despite his best efforts to overcome same, he is unprepared for trial. Counsel became ill with viral pneumonia on or about February 18, 2006. He was bedridden until March 1, 2006. During that entire time absolutely no preparation for trial was accomplished. Since March 1st counsel has been doing his best to prepare, but is still sick, is under a doctor's care, is scheduled for more tests and may be incapacitated for as long as 4 more weeks. Even when able to work, fatigue makes it impossible to do so for more than a few hours at a time. In addition, counsel's wife who is an attorney and has been assisting in the preparation of this case is also seriously ill resulting in a hospital visit and intravenous medications yesterday.

To date, counsel has not yet complied with reciprocal discovery nor have any defense witnesses been subpoenaed. None of the potential defense exhibits have yet been formatted for presentation at trial. Even if trial began on time, there is a very real possibility that counsel would not be healthy enough to complete a 3-4 week trial without suffering serious health problems or mid-trial delays due to health.

Granted. Mary M. Lisi USDJ 3/17/06

Counsel is very mindful of the logistics involved in re-scheduling a potentially lengthy matter of this nature. That's why counsel has done every thing in his power to try to comply with the trial date and be prepared on time. However, it simply hasn't been possible due to health reasons. This matter was previously certified as complex litigation due to its unusual nature and its expected duration. Therefore, the speedy trial clock has been stopped. Counsel needs a continuance in the interests of justice because otherwise he will simply be unprepared and a miscarriage of justice will result.

WHEREFORE, in light of the foregoing, counsel respectfully and very earnestly prays that the trial of this matter be continued until a date at least 30 days later in order to allow counsel to resume his health and be adequately prepared for trial.

**John Curran,**
**By his attorney,**

**Scott A. Lutes, R.I. Bar #3502**
**127 Dorrance Street**
**Providence, RI 02903**
**Telephone: (401) 861-1142**
**Facsimile: (401) 490-3207**

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

**CERTIFICATION**

I hereby certify that I hand-delivered a true and accurate copy of the within Motion to Continue to Luis Matos, AUSA, U.S. Attorney's Office, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903, on this the 16th day of March, 2006.

_______________________