**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

# ORDER

This matter having been presented to the Court upon defendant's motion to continue trial because defendant's counsel, Scott Lutes, Esq., is seriously ill and, consequently, unable to adequately prepare for trial, **IT IS THE FINDING OF THIS COURT** that this action shall be continued for a period of forty-two (42) days, pursuant to 18 U.S.C. §3161(h)(8) for the following reasons:

1. This matter involves novel questions of fact and law, numerous witnesses and voluminous evidence, requiring a significant amount of time to review and effectively prepare for trial;

2. Defendant has requested the continuance because defendant's counsel has been and continues to be seriously ill, which will preclude him from preparing for and participating in trial, as presently scheduled;

3. Pursuant to 18 U.S.C. §3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 21st day of March, 2006, it is **ORDERED** that:

1. Jury empanelment in the above-captioned matter is continued from March 30, 2006, through May 11, 2006;
2. Jury empanelment will be on a date certain of May 11, and 12, 2006;
3. Trial will commence on a date certain of May 15, 2006;
4. All pre-trial filings shall be submitted by April 15, 2006;
5. Defendant shall produce discovery, pursuant to Fed. R. Crim. P. 16, and Jencks material, pursuant to 18 U.S.C. § 3500, and Rule 26.2, to the United States by March 31, 2006.

**IT IS FURTHER ORDERED** that the period from March 30, 2006 through May 11, 2006, shall be excludable in computing time under the Speedy Trial Act of 1974.

Mary M. Lisi
MARY M. LISI
United States District Judge

Presented by:

Luis M. Matos
Assistant U.S. Attorney