**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION,**
**OF TIME, OUT OF TIME, TO FILE PRE-TRIAL MATERIALS**

Now comes the United States, by and through its undersigned counsel, and respectfully requests an extension of time, through and including April 28, 2006, for the parties to file their pre-trial materials. The parties' pre-trial materials were due on April 17, 2006. Inadvertently, counsel for the United States calendered the due date as April 21, 2006, and did not file the materials within the Court Ordered due date. However, counsel for the United States has not been served with any pre-trial materials by the defendant. Counsel for the United States has attempted to contact counsel for the defendant, Scott Lutes, Esq., and has been advised that Mr. Lutes is out of town for the week. Counsel for the United States has also contacted the Court Clerk's office and has been advised that there have been no pre-trial filings by the defendant.

In light of the present circumstances, the United States respectfully requests additional time for the parties to file their pre-trial materials, to and including April 28, 2005, which will be three weeks prior to trial. Although counsel for the United States incorrectly expected to file the materials by April 21st, additional time is necessary to fully address the issues that must be presented to the Court. In addition, in light of Mr. Lutes's absence, it is unclear whether counsel for the defendant will be filling any materials this week. Accordingly, additional time will

Granted. Mary M. Lisi USDJ 4/20/06

provide both parties with and opportunity to finalize and file their materials.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2006, I caused to be sent via first class regular mail, a true copy of the within Government's Motion for An Extension of Time, Out of Time, to File Pre-Trial Materials, to:

Scott A. Lutes, Esq.
127 Dorrance Street
2nd Floor
Providence, RI 02903

Nancy A. DiQuenzio