**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **Cr. No. 05-102ML**

**JOHN CURRAN**

**MOTION TO PERMIT DISTRIBUTION OF JURY QUESTIONNAIRES WITH INCORPORATED MEMORANDUM**

Now comes the defendant in the above-entitled matter and hereby moves this Honorable Court for permission to distribute a brief jury questionnaire to prospective jurors in the form attached hereto.

In support of this matter, counsel avers that this procedure would ensure a speedy empanelment of a jury, provide both counsel with information necessary to seat a fair and impartial jury, and afford jurors a modicum of privacy concerning potentially sensitive health care related issues. The questionnaire consists of only 20 questions which can be completed within five minutes, thereby avoiding any undue hardship or inconvenience for anyone involved.

WHEREFORE, defendant respectfully prays that this Honorable Court will grant this Motion and permit the distribution of a jury questionnaire in the form attached

hereto, or in a similar form as determined by the Court.

**Respectfully submitted,**
**John Curran,**
**By his attorney,**

**Scott A. Lutes, R.I. Bar No. 3502**
**127 Dorrance Street, 2nd Floor**
**Providence, RI 02903**
**Telephone: (401) 861-1142**
**Facsimile: (401) 490-3207**

**CERTIFICATION**

I hereby certify that I hand-delivered a true and accurate copy of the within Motion with attached Questionnaire, to Luis Matos, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903,on this the 1st day of May, 2006.