**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**ORDER**

This matter having been presented to the Court upon a Third Party Witness, Jennifer Judkins, M.D., to Quash Trial Subpoena ("Motion to Quash"), **IT IS HEREBY ORDERED** that the Motion to Quash is **DENIED**, subject to the following qualifications:

1. The records requested of Dr. Judkins pursuant to the subpoena shall be produced to the United States and the defendant;

2. The United States and the defendant shall maintain the confidentiality of the records;

3. To the extent that the records may be offered as exhibits at trial, every effort shall be made to limit their use at trial and/or redact non-relevant information from the exhibits.

MARY M. LISI
United States District Judge

Presented by:

Luis M. Matos
Assistant U.S. Attorney