UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v.
: C.R. 05-102ML
JOHN E. CURRAN
:

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 5/11/06
Signature of AUSA

LUIS M. MATOS
Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 5/11/06
Signature of Defense Attorney

Scott A. Lutes
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

[signature] Date: 5/11/06
Signature of Defendant

John Curran
Printed Name of Defendant