AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

JOHN E. CURRAN

APPEARANCE

CASE NUMBER: CR 05-102ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JOHN E. CURRAN

I certify that I am admitted to practice in this court.

May 15, 2006
*Date*

[signature]
*Signature*

Michael J. Zarrella 5371
*Print Name* *Bar Number*

127 Dorrance St
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

861-1147 490-3207
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.