**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **Cr. No. 05-102ML**

**JOHN CURRAN**

**MOTION IN LIMINE TO EXCLUDE TESTIMONY**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves *in limine* to exclude the testimony of Government witness Rhonda Alves. This motion is premised upon the defense contention that the testimony is irrelevant to any matter in issue and should be excluded under Federal Rule of Evidence 402; that even if it has minimal probative value it is cumulative of other evidence to be received from alleged victims in the Indictment, and its probative value is far outweighed by its prejudicial effect and should be excluded pursuant to Federal Rule of Evidence 403.

In support of this motion counsel avers that neither Rhonda Alves, nor her deceased, daughter Taylor, are named as victims in the Indictment. According to the brief Memorandum of Interview provided to the defense, the witness was referred to Dr. Curran by a chiropractor. The witness knew Curran was a naturopath. They saw him one time and didn't use any of the nutritional supplements they purchased from him.

The defense believes that this testimony is irrelevant, but even if relevant, it is cumulative of other testimony to be received from other alleged victims in the Indictment, its probative value is far outweighed by the prejudicial effect of sympathy the

jury is likely to impart to a woman who lost her daughter to cancer through no fault of Dr. Curran's.

WHEREFORE, in light of the foregoing, the defendant respectfully prays that his Motion in Limine be GRANTED.

**Respectfully submitted,**
**John Curran,**
**By his attorney,**

**Scott A. Lutes, R.I. Bar No. 3502**
**127 Dorrance Street, 2nd Floor**
**Providence, RI 02903**
**Telephone: (401) 861-1142**
**Facsimile: (401) 490-3207**

**CERTIFICATION**

I hereby certify that I electronically mailed a true and accurate copy of the within Motion in Limine, to Luis.Matos@USDOJ.Gov on the 14th day of May, 2006, and by hand-delivering a copy of same to Luis M. Matos, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903,on this the 15th day of May, 2006.