UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-102 ML

JOHN CURRAN

VERDICT FORM

1. As to Count 1 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY __X__

*Please proceed to question 2.*

2. As to Count 2 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY __X__

*Please proceed to question 3.*

3. As to Count 3 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY __X__

*Please proceed to question 4.*

4. As to Count 4 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY __X__

*Please proceed to question 5.*

5. As to Count 6 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY _X_

*Please proceed to question 6.*

6. As to Count 7 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY _X_

*Please proceed to question 7.*

7. As to Count 8 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY _X_

*Please proceed to question 8.*

8. As to Count 9 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY _X_

*Please proceed to question 9.*

9. As to Count 10 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY _X_

*Please proceed to question 10.*

10. As to Count 11 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY _X_

*Please proceed to question 11.*

11. As to Count 12 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY X

*Please proceed to question 12.*

12. As to Count 13 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY X

*Please proceed to question 13.*

13. As to Count 14 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY X

*Please proceed to question 14.*

14. As to Count 15 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY X

*Please proceed to question 15.*

15. As to Count 16 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY X

*Please proceed to question 16.*

16. As to Count 17 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY ____ GUILTY X

*Please proceed to question 17.*

17. As to Count 18 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY X

*Please proceed to question 18.*

18. As to Count 19 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY X

*Please proceed to question 19.*

19. As to Count 21 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY X

*Please proceed to question 20.*

20. As to Count 22 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY X

*Please proceed to question 21.*

21. As to Count 23 of the indictment, we, the jury, find the defendant, John Curran:

NOT GUILTY _____ GUILTY X

*Please sign and date this form and return your verdict.*

[redacted]
Signature of Foreperson

5/26/06
Date