UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-102 ML

JOHN CURRAN

## SPECIAL VERDICT FORM

1. As to the money laundering forfeiture allegations of the indictment, we, the jury, find the defendant, John Curran, shall forfeit to the government all right, title and interest in the following property:

| | | YES | NO |
|---|---|---|---|
| A. | One SpectraColor Spa System manufactured by Sybartic, Inc. | X | X |
| B. | One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02, Inc., Dawsonville, Georgia | | X |
| C. | Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57 | X | |
| D. | Two Thousand Five Hundred and Ten Dollars ($2,510) | X | |

*Please proceed to question 2.*

2. As to the wire fraud forfeiture allegations of the indictment, we, the jury, find the defendant, John Curran, shall forfeit to the government all right, title and interest in the following property:

| | | YES | NO |
|---|---|---|---|
| A. | One SpectraColor Spa System manufactured by Sybartic, Inc. | X | |
| B. | One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02, Inc., Dawsonville, Georgia | X | |

| | | | |
|---|---|---|---|
| C. | Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57 | ___ | X |
| D. | Two Thousand Five Hundred and Ten Dollars ($2,510) | ___ | X |

*Please sign and date this form and return your verdict.*

[redacted]
Signature of Foreperson

5/26/06
Date