**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Vs.** | : | **Cr. No. 05-102ML** |
| **JOHN CURRAN** | : | |

**MOTION FOR NEW TRIAL**

Now comes the defendant, John Curran, by and through his attorney and hereby moves this Honorable Court for a new trial pursuant to Rule 33 of the Federal Court Rules of Criminal Procedure. In support of this Motion defendant avers that the interests of justice require a new trial because, the verdict is contrary to the weight of the credible evidence and is based upon insufficient evidence.. In further support of this Motion defendant relies upon the reasoning set forth in the attached Memorandum of Law.

WHEREFORE, defendant, John Curran, respectfully prays that his Motion for New Trial be granted.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for New Trial to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 2nd day of June, 2006.

______________________

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Vs.** | : | **Cr. No. 05-102ML** |
| **JOHN CURRAN** | : | |

**MEMORANDUM IN SUPPORT OF**

**MOTION FOR NEW TRIAL**

The defendant has moved for a new trial pursuant to Rule 33 of the Federal Court Rules of Criminal Procedure. Rule 33 reads in pertinent part: "Upon the defendant's motion, the court may vacate any judgment and grant a new trial if the interest of justice so requires."

The defense submits that good cause exists and that a substantial miscarriage of justice will occur unless a new trial is granted. In order to substantiate this claim the defense requests additional time in which to prepare its argument but submits this Motion within 7 days of the return of the verdict to satisfy the jurisdictional requirements of Rule 33.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Memorandum in Support of Motion for New Trial to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 2nd day of June, 2006.

[signature]