**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Vs.** | : | **Cr. No. 05-102ML** |
| **JOHN CURRAN** | : | |

**MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the defendant, John Curran, by and through his attorney and hereby renews his Motion for Judgment of Acquittal. In support of this Motion defendant avers that the evidence is insufficient to sustain a verdict of guilty. In further support of this Motion defendant relies upon the reasoning set forth in the attached Memorandum of Law.

WHEREFORE, defendant, John Curran, respectfully prays that his Motion for Judgment of Acquittal be granted.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Judgment of Acquittal to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 2d day of June, 2006.

[signature]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Vs.** | : | **Cr. No. 05-102ML** |
| **JOHN CURRAN** | : | |

**MEMORANDUM IN SUPPORT OF**

**MOTION FOR JUDGMENT OF ACQUITTAL**

The defendant has renewed its Motion for Judgment of Acquittal based upon the belief that the evidence adduced at trial is insufficient to sustain a conviction.

In general, the defendant's motion is directed at all counts of conviction based upon the assertion that even viewing the evidence in the light most favorable to the government, there is no way a jury could be convinced of the defendant's guilt beyond a reasonable doubt.

Specifically, with respect to Counts 21 and 22 of the Indictment, the defense renews its motion based upon the fact that the dates of purchase of the items identified in those counts predates the date of any alleged illegal proceeds derived from any of the other counts of conviction

Finally, the defense would like to reserve the right to supplement this Memorandum within 20 days and has filed a motion to that effect contemporaneous with the filing of this motion.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within Memorandum in Support of Motion for Judgment of Acquittal to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 2nd day of June, 2006.