UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 0 2 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Vs. : Cr. No. 05-102ML

JOHN CURRAN :

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for an extension of time in which to file a Supplemental Memorandum in Support of Defendant's Motion for New Trial.

Defendant requests 20 days within which to file his Memorandum.

JOHN CURRAN,

By his attorney,

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

GRANTED
Mary M. Lisi
U.S.D.J. 6/5/06

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Extension to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 2d day of June, 2006.