**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**Vs. : Cr. No. 05-102ML**

**JOHN CURRAN :**

**MOTION TO REDUCE COST OF ELECTRONIC MONITORING**

Now comes the defendant, John Curran, by and through his attorney and hereby moves this Honorable to reduce the cost of daily electronic monitoring. Defendant respectfully prays that the expense be reduced from the current daily amount of $3.25 to $1.00 a day based upon his indigency.

WHEREFORE, defendant, John Curran, respectfully prays that his Motion to Reduce the Cost of Electronic Monitoring be granted.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within Motion to Reduce the Cost of Electronic Monitoring to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903 and Brian Pletcher, Senior U.S. Probation Officer, 2 Exchange Terrace, Providence, RI , on this the 9th day of June, 2006.

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**Vs. : Cr. No. 05-102ML**

**JOHN CURRAN :**

**MEMORANDUM IN SUPPORT OF MOTION TO REDUCE COST OF ELECTRONIC MONITORING**

The defendant, John Curran, was admitted to pre-trial bail with a condition of home confinement with electronic monitoring seven months ago. Pending sentencing, the Court continued Dr. Curran upon the same conditions of release.

Currently, Dr. Curran is unemployed and is the primary care taker for his two year old son while his wife works to support the household. The Department of Probation has advised defense counsel that upon motion, the Court has the ability to reduce the daily cost of electronic monitoring from the current daily amount of $3.25 to $1.00 a day based upon indigency.

WHEREFORE, defendant, John Curran, respectfully prays that his Motion to Reduce the Cost of Electronic Monitoring be granted.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Memorandum in Support of Motion to Reduce the Cost of Electronic Monitoring to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903 and Brian Pletcher, Senior U.S. Probation Officer, 2 Exchange Terrace, Providence, RI , on this the 9th day of June, 2006.

[signature]