**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S**
**MOTION TO REDUCE COST OF ELECTRONIC MONITORING**

Now comes the United States and hereby responds to defendant's motion to reduce the cost of his electronic monitoring. The United States opposes the motion because defendant has not adequately supported his motion. Defendant claims that he is indigent but fails to provide any support for his assertion. Accordingly, the United States respectfully requests that defendant's motion be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

June 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2006, I caused to be sent via first class regular mail, a true copy of the within Government's Opposition Defendant's Motion to Reduce Cost of Electronic Monitoring to:

Scott A. Lutes, Esq.
127 Dorrance Street
2nd Floor
Providence, R.I. 02903

Paula Hassey