Attached

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Vs. : Cr. No. 05-102ML

JOHN CURRAN :

**MOTION TO REDUCE COST OF ELECTRONIC MONITORING**

Now comes the defendant, John Curran, by and through his attorney and hereby moves this Honorable to reduce the cost of daily electronic monitoring. Defendant respectfully prays that the expense be reduced from the current daily amount of $3.25 to $1.00 a day based upon his indigency.

WHEREFORE, defendant, John Curran, respectfully prays that his Motion to Reduce the Cost of Electronic Monitoring be granted.

**JOHN CURRAN,**

**By his attorney,**

Denied without prejudice to the defendant raising the issue at the time of sentencing.
Mary M. Lisi
USDJ 6/27/06

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion to Reduce the Cost of Electronic Monitoring to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903 and Brian Pletcher, Senior U.S. Probation Officer, 2 Exchange Terrace, Providence, RI , on this the 9th day of June, 2006.

[signature]