**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Vs.** | : | **Cr. No. 05-102ML** |
| **JOHN CURRAN** | : | |

**MOTION FOR FURTHER EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for an extension of time in which to file a Memorandum in Support of Defendant's Motion for Judgment of Acquittal.

Defendant requests an additional 20 days within which to file his Memorandum.

**JOHN CURRAN,**

**By his attorney,**

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion for Extension to Luis Matos, AUSA, U.S. Attorney's Office, 8th Floor, Fleet Center, Providence, RI 02903, on this the 12th day of July, 2006.

Marcy Coleman