UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Vs. : Cr. No. 05-102ML

JOHN CURRAN :

**MOTION FOR FURTHER EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for an extension of time in which to file a Memorandum in Support of Defendant's Motion for New Trial.

Defendant requests an additional 20 days within which to file his Memorandum.

**JOHN CURRAN,**

**By his attorney,**

Scott A Lutes

Scott A. Lutes, #3502
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207