**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S**
**MOTION TO POSTPONE SENTENCING**

Now comes the United States and hereby responds to defendant's motion to postpone sentencing. Trial in this matter concluded on May 26, 2006. Defendant has had ample time to prepare post-trial materials and has had ample notice of the potential sentencing issues in this case. Defendant has filed two post-trial motions but has on two occasions filed motions for additional time to supplement his post-trial motions. The United States has not opposed those motions and has delayed responding to the post-trial motions until defendant's filings are complete. The fact that defendant is facing a potentially long sentence is not a basis for delay. Indeed, the United States argued that defendant's bail should be revoked, in part, because he is facing a long sentence.

Moreover, the issues presented in the pre-sentence report are not complex. In fact, many of the issues were raised by the United States at the time of its request that bail be revoked. For instance, the Government noted on May 26th that it expected to advocate for certain enhancements, such multiple victims, vulnerable victims, abuse of a position of trust, and obstruction of justice. Whether government's preliminary estimate may have been conservative in light of the PSR is of no moment, the issues remain essentially the same.

More importantly, as previously addressed to the Court, the United States believes that defendant poses a risk of flight. Hence for the reasons presented to the Court on May 26, 2006, when the United States advocated that defendant's bail should be revoked, the United States believes that sentencing should take place expeditiously.

Finally, the undersigned Assistant United States Attorney expects to commence a 3 to 5 week trial in United States v. Urciuoli, et al., Cr. 06-02-T, on September 6, 2006.[1] Hence, counsel for the United States will face an actual and significant scheduling conflict if the sentencing is postponed.

Accordingly, the United States respectfully requests that defendant's motion be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

July 28, 2006

---

[1] Trial is presently calendared for September 19, 2006. However, counsel for the United States has been informed by the Court that trial is in the process of being rescheduled for September 6th.

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2006, I served a copy of the within Government's Opposition To Defendant's Motion to Postpone Sentencing, by mailing same, postage prepaid, to:

Scott A. Lutes, Esq.
127 Dorrance Street
Providence, Rhode Island 02903

Paulette E. Gamache