UNITED STATES OF AMERICA
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 26 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs | : | Cr. No. 05-102ML |
| | : | |
| JOHN CURRAN | : | |

FILED
9 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## MOTION TO POSTPONE SENTENCING

Now comes the attorney for the defendant in the above-entitled matter and hereby moves to postpone the Sentencing scheduled for August 25, 2006, for a period of 30-60 days.

In support of this motion counsel avers that he recently received the draft pre-sentence report and was shocked to discover the Probation Office's sentence computation amounted to **262-327 months of incarceration**. This is well beyond anything contemplated by the defense and more than double the sentence calculated by the Government at the time of the return of the verdict.

Defense counsel was unable to take a scheduled vacation in June due to family matters and therefore re-scheduled vacation plans for Saturday, July 29th until Monday August 7, 2006. Additionally, counsel has been reached for trial in State Court on several occasions, and just last week concluded the trial of *State v. Flori*. Due to the unusually busy summer schedule, counsel has not had adequate time to complete other post verdict memoranda in this case let alone research and prepare an objection to the Pre-Sentence Report and a Sentencing Memorandum.

Defendant is currently on home confinement with electronic monitoring as a condition of bail.

WHEREFORE, in light of the foregoing, counsel respectfully and very earnestly prays that the Sentencing in this case be continued until a date at least 30-60

days later in order to allow counsel adequate time to research and write an Objection to the Pre-Sentence Report.

**John Curran,**
**By his attorney,**

**Scott A. Lutes, R.I. Bar #3502**
**127 Dorrance Street**
**Providence, RI 02903**
**Telephone: (401) 861-1142**
**Facsimile: (401) 490-3207**

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Motion to Continue to Luis Matos, AUSA, U.S. Attorney's Office, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903, on this the 26th day of July, 2006.