PROB 72. (7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

# DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

I, [redacted] having an address of:

DB [redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of $ 3,000.00.

The specific losses as a result of this offense are summarized as follows:

I am filing for this amount for my wife who had passed away 6-12-04. The amount is approximattey what was charged me for equipment and supplies.

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $________. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]

**(Signature)**

Executed on this 6 day of July 2006.

(Additional Pages May be Attached)