PROB 72. (7/96)



U.S. PROBATI... DISTRICT ... 2006 JUL 10 AM 9:46

UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

# DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

NB

I, [redacted] having an address of:

[redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of $ 12,249.49 .

The specific losses as a result of this offense are summarized as follows:

See Attached Letter and Invoices

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ -0- . The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]

**(Signature)**

[redacted]

Executed on this 7 day of July , 2006.

(Additional Pages May be Attached)

2