July 6, 2006

RE: Case of U S of America vs. John E. Curran
Dkt. No.:05-00102-01ML

NB

I was the husband of the late [redacted] who passed away of breast cancer on July 12, 2003. Enclosed, please find copies of invoices paid to John Curran's company for the purchase of vitamins and other equipment. The net cost was $12,249.49. None of this cost was reimbursed by our insurance company.

At the time [redacted] met Dr. Curran in March of 2003, she was being treated for breast cancer in Brigham & Women's Hospital without much success. We were hoping to find something that would help stop the progress of her cancer. We have two small children who were ages 4 and 6 at the time. [redacted] and I were very concerned about the long and short term effects on the children if she were to die. To put it plainly we were desperate.

[redacted] friend, Susan, had heard about Dr. Curran and set up an appointment to see him. Upon returning from the first visit, I expressed my concern to both [redacted] & Susan of how expensive his services were. As Nancy and I agreed, if his methods worked then it definitely would be worth the cost. Little did we know that she had less than four months left to live.

I became very upset with Dr. Curran when I returned the unopened items to him and only received a partial credit. In our original order we received a lighting unit (MIT Unit) which never worked properly ( cost of which was $1,450.00). I called and spoke to his office many times about it and never got any satisfaction. Upon sending the lighting unit back with the remaining items, I never received any credit at all.

I don't feel that Dr. Curran should be allowed to do business in a manner that takes advantage of people who are in need of services that he cannot possibly deliver. His prices and business practices are very unfair and could be called "stealing" from unsuspecting customers.

If I can be of any further assistance, please contact me.

Sincerely,

AC

[redacted]