PROB 72. (7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

JUL 05 2006

**DECLARATION OF VICTIM LOSSES**

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

I, SGI [redacted] having an address of: [redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of $ 19,005.75

The specific losses as a result of this offense are summarized as follows: I have written a separate sheet attached to this one.

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ -0- . The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]
**(Signature)**

Executed on this 3rd day of July, 2006
(Additional Pages May be Attached)

4