7-3-06

I saw John Curran for treatment from September, 2003 to August, 2005.

I had serious fatigue, lack of stamina, difficulty sleeping, muscle weakness (especially in the legs), and pain in the back and extremities. When I was 7 years old, I had contracted polio, and recently had been diagnosed medically as having post-polio syndrome. John Curran promised increased energy, decreased pain, and major improvement in my walking. He said that with his care, I would eventually no longer need my crutches.

His initial 4-week stage of treatment was "body detoxification." He insisted I had blood parasites and significant blood abnormalities that this detoxification would fix. He had me drink "green drink," a supplement he sold, and large quantities of carrot juice as my sole food intake for 4 weeks.

During that initial "detoxification," I developed Thrush, which consists of serious inflammation and very painful sores in the mouth. He was unable to diagnose it, and prescribed expensive supplements to cure it, which did not work. After weeks, I went to my primary care physician, who promptly diagnosed it, and prescribed medication that cured it in a few days.

My financial losses consist of payments for supplements for almost two years, supplements which now have been shown to provide no tangible benefits.

[redacted]