PROB 72. (7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

**DECLARATION OF VICTIM LOSSES**

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

I, KG [redacted] having an address of: (see attached judgement of divorce re: name change)

[redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of

$ 17,000 .

The specific losses as a result of this offense are summarized as follows: ______
see attached documents and letter

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ 0 . The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]

**(Signature)**

Executed on this 6 day of ~~June~~ July, 2006

(Additional Pages May be Attached)

6