**July 6, 2006**

UNITED STATES DISTRICT COURT
For the Judicial District of Rhode Island

DECLARATION OF VICTIM LOSSES

UNITED STATES OF AMERICA
vs.
John E. Curran

**Dkt. No.: 05-00102-01ML**

KG

I, [redacted] while under John E. Curran's care), having an address of [redacted] indicate that I am a victim in the above-referenced case and believe that I am entitled to restitution in the total amount of **$17,000.**

The specific losses as a result of this offense are summarized as follows: Over the course of 18 months during 2003 – 2004, I paid John E. Curran a total of over **$17,000** for services and nutritional supplementation. I am claiming only monetary losses. I am a victim of economic abuse by an individual posing as an M.D., but who has no such credentials.

The approximate breakdown of economic losses is as follows:

- $6,000 – Consultation and Treatment Room Services
- $11,000 – Nutritional Supplementation

While I understand that restitution for this entire amount may not be feasible for a variety of reasons, **I request at minimum $400.00 (four hundred dollars)** for the 6 months of consultation I paid for in advance but that I was not able to utilize because his practice was shut down due to this matter.

Per invoice #4179, dated 6/8/2004, I paid for a complete body assessment in the amount of $950. I was told this purchase guaranteed me 12 consultations over the course of the coming year (until June, 2005). At the time of this purchase I was, according to Curran, too ill for some of the results to register properly on his testing equipment (Biomeridian Stress Assessment). Over the course of the next 5 consultations, he never completed the testing in exchange for the hefty annual fee I had paid. After 6/8/2004, I received only 5 of the 12 promised consultations, because his practice was shut down in early 2005. For this reason, **I request at minimum $400.00 (four hundred dollars) for services I paid for but never received.**

**I have NOT been compensated by any insurance company or any other source for ALL the expenses that I incurred during the 18 months under his care.**

I sought care from Curran based on his credentials. I particularly trusted him, because he claimed he was an M.D., but was offering naturopathic consultation and products. He claimed to offer the best of both worlds (Western and non-Western medicine), a combination of philosophies and practices, which I had been seeking for a full decade, but had been unable to find, because it is so rare. It was largely his claim that he was a M.D. that kept me trusting that his program was safe and effective. I would never have knowingly paid a non-M.D. this exorbitant sum of money for these services.