I was under his care specifically for physical symptoms associated with longstanding, chronic conditions of rheumatoid arthritis, fibromyalgia and chronic fatigue, which I had had for nearly 10 years at the time I sought care from him.

John E. Curran used high-pressure sales tactics on an ongoing basis, suggesting that I was headed for much worse times in my life physically if I did not implement his complete program. He instilled fear in me that my condition would worsen if I did not do everything that he said to do, so I did just that, trusting that the benefit would outweigh the high cost.

I was shown my live blood on a computer screen at each consultation and was told during many visits that my blood contained harmful parasites that needed to be eradicated. I did nearly everything he said to do, with the hope of reversing these conditions, which he told me was only possible through his program. I was in an extremely vulnerable physical and emotional state at the time I entered his program, and I was therefore a prime target for his economic abuse. At the time, I was considering going on short-term disability because my conditions were very flared.

As evidenced from the enclosed invoices, credit card statements and spreadsheet itemizing services vs. nutritional supplementation, he charged me exorbitant prices for services and products, many of which I understand now in hindsight were medically unnecessary and could have possibly been harmful to me. More than half of the nutritional products I took had no effect on me at all or had no noticeable benefit.

Please note that I have been unable to locate a few relevant credit card statements. However, I have enclosed statements of credit card charges totaling over $14,000, and support invoices totaling over $17,000.

As evidenced from my enclosed rheumatology visit notes (from the past 2 years) from Massachusetts General Hospital, and a recent visit note from Don Goldenberg, M.D. at Newton Wellesley Hospital, where I am under the care of M.D.s for the above-referenced chronic medical conditions, I was not cured by Curran's program, despite having spent more than **$17,000** and invested many, many hours in consultation with him and receiving treatments in his "treatment room." I purchased his complete package of treatment room services, including hydrotherapy massage, Rife Light Beam Ray, Light Beam Generator, Hyperthermic Therapy, Mineral Infrared Frequency Therapy, and Far Infrared Domes. I took all supplementation exactly as he prescribed.

Enclosed please find my certificate of divorce, which references my name change to [redacted]. In the event I am eligible for restitution, payments should be made to [redacted]

Best regards,

[redacted]



8

[redacted]