PROB 72. (7/96)



US

UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

2006 JUL -3 AM 9:38

# DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs.

Dkt. No.: 05-00102-01ML

**John E. Curran**

SG2

I, [redacted] having an address of:

[redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of

$ 3,271.71.

The specific losses as a result of this offense are summarized as follows: I was referred to him for my Crohn's disease. After his pressure tactics & guilt trip about my health that I needed to take into my hands, I paid for a year up front of office visits plus a lot of tests! I couldn't afford it but I put it on a credit card. He persuaded me to purchase a distilling machine also but my husband thought it to be a little overboard so he made him credit it on the credit card. I purchased many products after that. I have reciepts for the things I paid with credit. I stopped going to Dr. Curran because it wasn't helping & it was costing me money I didn't have. My husband was out of work at that time & Dr. Curran was aware of that

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ 0 . The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]
**(Signature)**

Executed on this 30 day of June, 2006.
(Additional Pages May be Attached)

9