UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

## DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

NI

I, [redacted] having an address of:

[redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of

$ 3000.00.

The specific losses as a result of this offense are summarized as follows: Dr. Curran basically told me I would not live past 50 years old at my initial consultation. He performed tests on an electrogram machine that verified my major organ systems were not working properly. I left the office petrified, knowing I had lupus, and thinking maybe he was right. I purchased the nutritional package that cost $3000 which was financed through GE Credit Card Services, the company Dr. Curran used for his patients that could not afford the program up front. I started the 30 day fast and became violently ill after only 12 Hours. Dr Curran told me that I was one of the very few that had a bad reaction and would have to take it slow. I tried but the very smell

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ Ø. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]
**(Signature)**

Executed on this 3 day of July, 2006
(Additional Pages May be Attached)

10