of the "Green Meal" made me sick. I truly thought I was dieing that first night. The substance was actually coming through my skin! My head hurt like someone had smashed it with a brick, and I was vomitting from 6pm to 3AM.

I truly felt like a failure and was extremely depressed. Imagine a Doctor telling you this was your only hope, and you couldn't do it? I was told I could not get a refund because the products had been opened and used. He, of course suggested his "Detox machine" seeing the nutritional program reacted with my system. I am a single Mom that put myself through College, and work in the Insurance industry. I consider myself an intelligent woman, but Dr. Curran really took advantage of my fear & fear of leaving my daugter behind, and my lupus.