Please contact me if you need any further information. I would be extremely gratefull to get my money back and be vindicated in some way.

Thank you,

[redacted]

P.S. I'm sure I can get documentation of the $3000 charge if needed. It would be in his confiscated files as well.