UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

# DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

I, KN [redacted] having an address of: [redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of

$ 1000.00. (I payed over this for services/tests)

The specific losses as a result of this offense are summarized as follows: (10/15/03) I went for a free consult from an ad I saw. Once there, I was made to believe I had serious issues and signed up for a complete testing including full body scan, bio-meridian testing etc. I have been feeling tired and exhausted for 10 years and was vulnerable. I was willing to pay if it would make me feel better. He told me I had 11 blood disorders, my meridians were almost all shut down. He wanted me to go on "his" green food diet for 30 days. He said it basically shuts down your system and restarts it. Also tried to get me to come into the office for therapy a few times a week. I thought I was dying based on what he told me. I'm very familiar w/ holistic therapy and felt this wasn't right and was being scammed. I did not call or ever →

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ 0. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]
(Signature)

Executed on this 5 day of July, 06.

(Additional Pages May be Attached)

13