go back once I got all my results. My full body scan came back with inflammation in areas but nothing serious. I was so depressed with the results that it would exhaust my pocket book even more if I continued. and my gut told me not to go to him. I didn't like the fact that he was trying to only have me use "his" products and machines. With much despair and very depressed, a dear friend who knows holistic therapies had me talk to another holistic consultant who I saw and fully became healthy with out the green diet or therapy machines! (For $120.00) I thought of filing a complaint but if it wasn't for him, I would not have this other wonderful person who has helped me heal. However, I do believe I was scammed and feel he doesn't use ethical tactics and would like be considered for compensation for my losses.

thanks.
[redacted]