PROB 72. (7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

05

# DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

NP

I, [redacted] having an address of: [redacted] indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of $ 1,807.28.

The specific losses as a result of this offense are summarized as follows: SEE ATTATCHED MATERIALS.

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ 0. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]

**(Signature)**

Executed on this 2 day of JULY, 06.

(Additional Pages May be Attached)

15