7/2/06

On July 27, 2004, I first went to John Curran. At that time, I had unexplained fatigue and difficulty in sleeping. I also hoped his treatments would improve my health overall.

My financial damages include payment for treatment I never received. At the initial visit, I paid for a year of treatments (12 sessions), but received only 5 before his office closed.

Physically, I have an increased risk of cancer recurrence because I delayed getting a mammogram in favor of his "full body thermal imaging," performed on the first visit. He said this imaging was much more effective than a mammogram, and he said I should "never" get a mammogram again. Although his screening detected that my left breast was "warmer" than my right, he said that this was "within normal limits."

In December, 2004, against his advice, but on the advice of my primary care physician, I finally went for a mammogram. Abnormalities were detected in my left breast, A biopsy in January, 2005 confirmed cancer, and I had a full mastectomy in March, 2005. Doctors say I cannot be considered cancer-free until March, 2010, 5 years after the surgery. The 5 month delay between John Curran's ineffective or badly interpreted screening and the mammography reduces my chances of reaching cancer-free status..

After my cancer diagnosis, John Curran prescribed additional supplements, raising the full cost of my treatment with him.

[redacted]