PROB 72. (7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

# DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

SJ

I, [redacted] having an address of:

[redacted] indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of $ 10,172.01.

The specific losses as a result of this offense are summarized as follows: John E. Curran said that he wauld help me get better, because I have Lupus. My legs were all swollen and he took a test with my urine & said that I have kidney failure. But if I did all the programs he gave us that I wauld get better. I was on a drink for a month did other programs and baught a machine that he said wauld repair my kidneys if I went under it for so much time a day. Nothing was happening & finally one day last year on January 25th I went into the emergency room & they admitted me for kidney failure. →

I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $ 0. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]
**(Signature)**

Executed on this 3 day of July, 2006.

(Additional Pages May be Attached)

17