I was in the hospital for a month and a week. While in the hospital I went on dialysis three times a week, for 3 hours, which I am still on. I couldn't work, had to go on disability. Now I am on the transplant list to get a kidney. Enclosed is all the receipts of the services paid for. If I could get something back it would be nice.

[redacted]