PROB 72. (7/96)



UNITED STATES DISTRICT COURT
for the
Judicial District of Rhode Island

US PROBATION OFFICE DISTRICT OF RI
2006 JUN 28 PM 10:00

## DECLARATION OF VICTIM LOSSES

**UNITED STATES OF AMERICA**

vs. Dkt. No.: 05-00102-01ML

**John E. Curran**

I, [redacted], having an address of:

JB [redacted], indicate that I am a victim in the above- referenced case and believe that I am entitled to restitution in the total amount of

$ 2925.00.

The specific losses as a result of this offense are summarized as follows: I was told to see John Curran who could help me with my stress and Anxiety and weight issues. There was a flat fee charged before going into his products! The Blood Test / parasite test was done first, and he would usually show you on the computer screen the parasites in the body. I was scared and started a regimen for parasite – not what I went to see him for. I bought several bottles of his water $45.00 a bottle – I purchased 6 (on a credit card) – I wanted to get better but didn't have the funds. Greens, I had to buy $55 each I purchased 3 – hated it. There were other vitamins I purchased – But could not continue to go because I did not have the money and he would not work out a payment plan for me. I was worse – my stress is even worse now than before. → over →

~~I have been compensated by insurance or another source with respect to all or a portion of my loss(es) in the amount of $______. The name and address of my insurance company and the claim number for this loss is as follows:~~ NO Compensation) My insurance did not cover any of my visits. Everything was out of pocket!

I declare under penalty of perjury that the foregoing is true and correct.

[redacted]
(Signature)

Executed on this 26 day of June, 2006.
(Additional Pages May be Attached)

19