He also started my daughter who was 5 at the time to be on this regimen. I said NO - as the cost of it was out of control. I was vulnerable and I wanted someone I thought I could trust to help me. He didn't seem to mind to take others money - and the cost of the products were much higher than the health food stores! He carried products with names that I was unfamiliar with - I felt no change so I stopped going to him because I intuitely felt that something was wrong - I was not getting better.

- Initial visit $950
- Special Healing water 45 x 6 = $275
- vitamins / greens / teas = $1500
- Reiki treatments w/ another person $500

1025
500
$1,525
1,500
$2925

I could not be rechecked because I had NO more money.

How could an Educated person like myself have fallen into this mess?? He would prey on the innocent - Even if we did not have the money - He kept on taking more and charging us!

Sincerely,

[redacted]