**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTIONS FOR JUDGMENT OF ACQUITTAL AND FOR A NEW TRIAL**

Now comes the United States and hereby responds to defendant's motions for judgment of acquittal and for a new trial (defendant's motions). Defendant filed his motions on June 5, 2006, and subsequently requested additional time to supplement his filings. To date, neither motion has been supplemented. The United States objects to defendant's motions because, as argued at trial, upon defendant's motion pursuant to Rule 29, and as a review of the evidence reveals, the verdicts in this case are amply supported by the trial record.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

CERTIFICATE OF SERVICE

On this 24th day of August, 2006, I caused the Government's Opposition to Defendant's Motions for Judgment of Acquittal and For A New Trial to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Scott Lutes, Esq.
127 Dorrance Street
Providence, Rhode Island 02903

/s/ Luis M. Matos
Luis M. Matos
Assistant US Attorney
Chief, Criminal Division