**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-102ML |
| | ) | |
| JOHN CURRAN | ) | |

**ORDER**

This matter having been the subject of a status conference held on October 12, 2006, regarding sentencing as to restitution, **IT IS HEREBY ORDERED** that:

1. By October 27, 2006, Defendant, John Curran, shall submit to the United States a list of victims whom defendant believes received refunds for services and/or products purchased from defendant, including the name of the client and the amount of the refund;

2. By November 13, 2006, the United States shall file a final list of victims and the amount of restitution that should be awarded in this matter;

3. Sentencing as to restitution will be held on November 16, 2003, at 9:30 A.M.;

4. Defendant shall remain at the Wyatt Detention Center pending the conclusion of sentencing in this matter.

Mary M. Lisi
MARY M. LISI 10/13/06
United States District Judge

Presented by:
Luis M. Matos
Luis M. Matos
Assistant U.S. Attorney