IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. 05-102ML |
| v. | : | |
| | : | |
| JOHN E. CURRAN | : | |

MOTION OF THE UNITED STATES FOR
ENTRY OF A FINAL ORDER OF FORFEITURE

NOW COMES the United States of America, by and through its attorneys and moves the court for entry of a Final Order of Forfeiture with respect to the following property for the reasons set forth in the accompanying affidavit of the undersigned:

A. One SpectraColor Spa System manufactured by Sybartic, Inc.; and

B. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc, Dawsonville, Georgia

pursuant to 18 U.S.C. § 981(a)(1)(C) as incorporated by 28 U.S.C. § 2461; and

A. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57; and

B. Two Thousand Five Hundred and Ten Dollars ($2,510)

pursuant to 18 U.S.C. § 982(a)(1).

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed the within Motion of the United States for Entry of a Final Order of Forfeiture and accompanying affidavit and proposed Final Order of Forfeiture with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Scott A. Lutes, Esq.
127 Dorrance Street
2nd Floor
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney