IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CR. No. 05-102ML |
| v. | : |
| | : |
| JOHN E. CURRAN | : |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on August 25, 2006, this Court entered a Preliminary Order of Forfeiture with respect to the following property:

A. One SpectraColor Spa System manufactured by Sybartic, Inc.; and

B. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc, Dawsonville, Georgia

pursuant to 18 U.S.C. § 981(a)(1)(c) as incorporated by 28 U.S.C. § 2461; and

A. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57; and

B. Two Thousand Five Hundred and Ten Dollars ($2,510)

pursuant to 18 U.S.C. § 982(a)(1).

3. That notice of this forfeiture action was published in the Providence Journal on September 21, 28, and October 5, 2006.

Said published notice advised all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. (Exhibit One).

4. That no third party has made any claim to or declared any interest in the above-described forfeited property.

WHEREFORE, the United States moves this court for a Final Order of Forfeiture declaring the above-described property forfeited as to all parties and vesting full right, title and interest in the property in the United States and directing the United States Marshal to dispose of said currency according to law.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 7th day of November, 2006.

Paulette E. Gamache
Notary Public

My commission expires: 4-20-2010

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States | COURT CASE NUMBER<br>CR 05-102ML |
| DEFENDANT<br>John E. Curran | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
United States Attorney
Fleet Center
50 Kennedy Plaza, 8th FL, Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

publish Notice of Forfeiture once a week for three weeks

RECEIVED
2006 AUG 29 A 11: 14
U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ✓ PLAINTIFF / ☐ DEFENDANT | 401/709-5000 | 8/29/06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 8/29/06 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time |
|---|---|
| 11-7-06 | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy
[signature], AO

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Advertised in ProJo on 9/21/06, 9/28/06 and 10/05/06

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/15/80
Automated 01/00

EXHIBIT 1

...and other enc... which may constitute lien thereon, and will ...yed subject to any re...s and easements of ...iens concerning said ...d rights of redemp... unpaid federal taxes, shall, notwithstand... provision, constitute ...s or encumbrances ...ter said sale. ...f sale shall include ...payment of Five (\$5,000.00) Dollars ...acceptance of the ...bid, payable in ...y bank certified ...time and place of ...ance shall be paid ...aser by certified, ...er's or cashier's ...thirty (30) days ...of the sale. Oth... conditions to be ...mediately prior

...f the holder of ...which gives no...ation to bid at ...any postpone...ment thereof.
...W OFFICES, P.C.
...mon, Esquire
...or the Holder
...the Mortgage
...fornia Street
...n, MA 02458
...7) 558-0500

**...'S SALE**
...7 Off
...Road
...nd
...am),
...ed

...lic auction ..., 2006 at ...ne, on the ...ue of the ...tained in ...ade by ...IER and ...R, dated ..., and re...cords of ...of the ...Island ...State of ...ok 265, ...tions of ...g been

...f land ...d im...more ...said ...d in ...5. ...ill be ..., as...um...tute ...will ...any ...re... of ...ral ...ol...m, ...n...er.

...terms of sale shall include a down payment of Five Thousand (\$5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Andrew S. Harmon, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

28 Crestwood Road
Cranston, Rhode Island

Will be sold at public auction on October 13, 2006 at 2:00 p.m. local time on the premises at 28 Crestwood Road, Cranston, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Trisha M. Tortolani, which mortgage is dated May 25, 2004, and recorded May 25, 2004 at 2:36 P.M. in Book 2637 at Page 207 in the Records of Land Evidence in the City of Cranston, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 2637 at Page 207 in the Records of Land Evidence in the City of Cranston.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand (\$5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Francis J. Nolan, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

...thereon after said sale.

Terms of sale shall include a down payment of Five Thousand (\$5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## NOTICE OF FORFEITURE

Notice is hereby given that on August 25, 2006, in the case of **United States v. John E. Curran**, CR. No. 05-102ML, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America, the following:

1. One SpectraColor Spa System manufactured by Sybartic, Inc.;
2. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc, Dawsonville, Georgia;
3. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing \$15,821.57; and
4. Two Thousand Five Hundred and Ten Dollars (\$2,510).

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

...you. The public is invited to make public comment on the re-designation of the Port of Providence Enterprise Zone.

**PUBLIC HEARING**
Monday, September 25, 2006
4:00 pm
The meeting will be held at
City of Providence
Department of Planning and Development
400 Westminster Street,
4th Floor Conference Room
Providence,
Rhode Island 02903

Facilities are accessible to people with disabilities. If you are in need of interpreter services for the hearing impaired, please contact the Mayor's Citizen's Assistance Office at 751-0203 (TDD) within 48 hours of the meeting.

David N. Cicilline
Mayor
City of Providence

Thomas E. Deller
Director
Dept. of Planning & Development

## CITY OF EAST PROVIDENCE
## Request For Proposals

AUDIO/VIDEO SURVEILLANCE AND DOOR SECURITY ACCESS SYSTEM FOR EAST PROVIDENCE POLICE DEPARTMENT HEADQUARTERS
BID #EP05/06-17

The City of East Providence is seeking sealed bids for the purchase and complete installation of an audio/video surveillance and door security access system for the Police Department Headquarters.

One original and three signed copies of all bid documents should be submitted in a sealed envelope to the office of the City Manager, Room 102, City Hall, 145 Taunton Avenue, East Providence, RI 02914 by **10:00 AM, October 5, 2006.** The sealed envelope should be plainly marked **"Bid EP05/06 - 17 AUDIO/VIDEO SURVEILLANCE POLICE DEPARTMENT HQ" with the date and time due.** Date/time stamps of 10:01 or later will be rejected.

Interested parties are required to submit a letter of intent to bid by 10:00 AM Wednesday, September 27, 2006 in order to be included in a mandatory pre-bid meeting to be held at the Police Department Headquarters, 750 Waterman Avenue, East Providence, RI.

Bid security in the amount of 5% of the total amount bid must accompany all bids.

Performance, Labor & Material Payment Bonds, in the amount of 100% of the contract price will be required of the successful bidder.

Vendors must guarantee the quoted prices for at least one hundred twenty (120) days.

The City of East Providence reserves the right to accept and/or reject any and all bids.

Specifications are available at the Purchasing Agent's Office, Room 206, City Hall, 145 Taunton Avenue, East Providence, RI.

Paul J. Airozo
Purchasing Agent

S ... W ... of 14. Rh... Pu... Mo... by con... pu... tim... hea... Jef... Wic... vis... **Ap... pe...** A... an... acc... Rule... dure

A... Serv... #1, ... ney ... quest... airpo... \$9,00... perso... ing ...

Da... 91 Cu... RI 02... to ope... cles ... throug... suant ... Ref... 39 and... of Rho... of Pub... ers is a... capped... request... vices ... speech... Eleanor... extensi... (72) ho... hearing... E... M...

**Z** That's you
Go to pro... Sell itu...

thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

147 Aborn Avenue
Warwick, Rhode Island

Will be sold at public auction on October 6, 2006 at 12:00 p.m. local time on the premises at 147 Aborn Avenue, Warwick, Kent County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Pamela J. Lussier and Michael A. Karten, which mortgage is dated April 29, 2005, and recorded May 2, 2005 at 2:20 p.m. in Book 5682 at Page 44 in the Warwick Records of Land Evidence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 5682 at Page 44 in the Warwick Records of Land Evidence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Andrew S. Harmon, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458

thereon after said sale.

Terms of sale shall include a down payment of Ten Thousand ($10,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Andrew S. Harmon, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

18 Madison Street
Providence, Rhode Island

Will be sold at public auction on September 29, 2006 at 2:00 p.m. local time on the premises at 18 Madison Street, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Robert A. Sowah, which mortgage is dated October 26, 2004, and recorded October 26, 2004 at 12:23 PM in Book 6876 at Page 139 in the Records of Land Evidence in the City of Providence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 6876 at Page 139 in the Records of Land Evidence in the City of Providence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Andrew S. Harmon, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458

valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Francis J. Nolan, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

66 Park View Ave
Warwick, Rhode Island

Will be sold at public auction on October 13, 2006 at 12:00 p.m. local time on the premises at 66 Park View Ave, Warwick, Kent County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Melissa Webb and Randy Ahrendt, which mortgage is dated April 1, 2005, and recorded April 4, 2005 at 1:52 PM in Book 5645 at Page 215 in the Records of Land Evidence in the City of Warwick, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 5645 at Page 215 in the Records of Land Evidence in the City of Warwick.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street

Terms of sale: a deposit of Ten Thousand Dollars ($10,000.00) in cash or certified check or bank check at the time and place of sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

ABLITT & CHARLTON, P.C.
Attorney for the Holder of the Mortgage
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995

## NOTICE OF FORFEITURE

Notice is hereby given that on August 25, 2006, in the case of **United States v. John E. Curran**, CR. No. 05-102ML, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America, the following:

1. One SpectraColor Spa System manufactured by Sybarlic, Inc.;

2. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc, Dawsonville, Georgia;

3. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57; and

4. Two Thousand Five Hundred and Ten Dollars ($2,510).

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

projo.com RESUME Post your resume NOW!
• Quick • Easy • Confidential
Go to projoJobs.com

By its Attorneys,
Lauren A. Solar
Barron & Stadfeld, P.C.
100 Cambridge Street, Suite 1310
Boston, MA 02114
617-723-9800

## EXETER ZONING BOARD OF REVIEW

October 12, 2006
AGENDA

A REGULAR HEARING of the Exeter Board of Review will be held on Thursday, October 12, 2006, at 7:30 pm, in the Town Council Chambers of the Exeter Town Hall, 675 Ten Rod Road, Exeter, RI when all persons will be heard for or against the following applications for dimensional variance or special permit under the Zoning Ordinance:

The petition of **Shon C. Cuthill, applicant and owner** of property located at 380 South County Trail, Exeter, RI and further designated as Assessor's Plat 72, Block 6, Lot 8. A request for dimensional variance from the Exeter Zoning Ordinance, Article II, Section 2.4.2 from set-back requirements in a GWOL and a Special Use Permit according to Article II Section 2.4.1.8 and Article VII, Section 7.5 for operation of a landscaping business and cutting and selling of firewood in a Groundwater Overlay district in a Business zone.

The petition of **Betty J. Young, applicant and owner** of property located at 56 West Shore Road, Exeter, RI and further designated as Assessor's Plat 83, Block 6, Lot 26. A request for dimensional variance from the Exeter Zoning Ordinance, Article II, Section 2.4.2, (1)(2)(4)(6)(7) to construct a 28' x 28' garage in a RE-2 zone.

A seventy two (72) hour notice is required for persons with sensory impairment requiring auxiliary aids by calling 295-7500. The Exeter Town Hall is handicap accessible.

PER ORDER OF THE EXETER ZONING BOARD OF REVIEW
Susan L. LaPerriere, Clerk

Dial 277-7700 for an experience sales representative who'll help make your CLASSIFIED ad work for you.

Zilch.
That's how much it costs you to sell your stuff.

projoFREE classifieds

Go to projofree.com for more details.

## LEGAL NOTICES

### NOTICE OF MORTGAGEE'S SALE

SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
Attorney for the present
Holder of the Mortgage

### MORTGAGEE'S SALE

57 Marietta Street
Providence, Rhode Island

Will be sold at public auction on October 6, 2006 at 5:00 p.m. local time on the premises at 57 Marietta Street, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Brenda J. Roman, which mortgage is dated January 6, 2005, and recorded January 7, 2005 at 10:50 a.m. in Book 7032 at Page 68 in the Records of Land Evidence in the City of Providence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 7032 at Page 68 in the Records of Land Evidence in the City of Providence.

Subject to a first mortgage to Mortgage Electronic Registration Systems, Inc. dated 01/06/2005 and recorded with the Records of Land Evidence in the City of Providence at Book 7032, Page 49 in the original principal amount of $185,600.00.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Kathryn A. Fyans, Esquire
Attorney for the Holder

### MORTGAGEE'S SALE

224 Messer Street
150 California Street
Newton, MA 02458
(617) 558-0500

### NOTICE OF FORFEITURE

Notice is hereby given that on August 25, 2006, in the case of **United States v. John E. Curran**, CR. No. 05-102ML, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America, the following:

1. One SpectraColor Spa System manufactured by Sybartic, Inc.;
2. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc. Dawsonville, Georgia;
3. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57; and
4. Two Thousand Five Hundred and Ten Dollars ($2,510).

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

### MORTGAGE FORECLOSURE SALE

58 Plenty Street
Warwick,
Rhode Island 02889

Will be sold at public auction on October 12, 2006 at

### MORTGAGEE'S SALE

38 CHESHIRE STREET,

the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

The Mortgagee reserves the right to receive bids for the above premises and to accept the highest price or prices offered therefor.

By order of the Mortgagee which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

SHAPIRO & KREISMAN
Attorneys for the Holder
of the Mortgage
490 Boston Post Road
Sudbury, MA 01776
(978) 443-8800
(10/5, 10/12 and 10/19/2006)

### MORTGAGEE'S SALE

45 R Yale Avenue
a/k/a 45 R Yale Street
Providence, Rhode Island

Will be sold at public auction on October 20, 2006 at 12:00 p.m. local time on the premises at 45 R Yale Avenue a/k/a 45 R Yale Street, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by David Imonah, which mortgage is dated October 5, 2005, and recorded October 11, 2005 at 12:11 pm in Book 7610 at Page 312 in the Records of Land Evidence in the City of Providence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 7610 at Page 312 in the Records of Land Evidence in the City of Providence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

### MORTGAGEE'S SALE

137 Sutton Street
Providence, Rhode Island
150 California Street
Newton, MA 02458
(617) 558-0500

By order of the holder of the mortgage, the sale originally scheduled for September 8, 2006 at 11:00 a.m. has been postponed to October 10, 2006 at 2:00 p.m. on the mortgaged premises.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder
of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

### MORTGAGEE'S SALE

111 Reservoir Avenue
Providence, Rhode Island

Will be sold at public auction on October 27, 2006 at 10:00 a.m. local time on the premises at 111 Reservoir Avenue, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Jennifer Cepeda, Fernando Cepeda and Anna Cepeda, which mortgage is dated November 8, 2005, and recorded November 14, 2005 at 1:08 p.m. in Book 7688 at Page 279 in the Providence Records of Land Evidence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 7688 at Page 279 in the Providence Records of Land Evidence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at

### MORTGAGEE'S SALE

63 Doolittle Street
Coventry, Rhode Island
150 California Street
Newton, MA 02458
(617) 558-0500

### MORTGAGE FORECLOSURE SALE

46 Madison Street
Warwick,
Rhode Island 02888

Will be sold at public auction on October 12, 2006 at 10:00 AM local time on the premises by virtue of the power of sale contained in a mortgage made and executed by Audrey Claudelle dated August 23, 2005 and recorded on August 29, 2005 in the Records of Land Evidence of the Town/City of Warwick, State of Rhode Island, in Book 5859 at Page 184, the conditions of said mortgage having been broken:

That certain tract or parcel of land with all buildings and improvements thereon more particularly described in said mortgage recorded in said Book 5859 at Page 184.

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements and restrictions of record and rights of redemption for unpaid Federal Taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of Five Thousand ($5,000.00) Dollars in cash, certified or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof, or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder
of the Mortgage
999 South Broadway
East Providence,
Rhode Island 02914
(401) 438-9000

### MORTGAGEE'S SALE

132 Olympia Avenue
North Providence,
Rhode Island

Will be sold at public auction on October 20, 2006 at 12:00 p.m. local time on the premises at 132 Olympia Avenue, North Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Bruce E. Smith, which mortgage is dated April 16, 2002, and recorded April 22, 2002 at 12:52 PM in Book 646 at