RECEIVED
NOV 07 2006
Property of U.S. District Court
District of Rhode Island

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
: CR. No. 05-102ML
v. :
:
JOHN E. CURRAN :

FINAL ORDER OF FORFEITURE

WHEREAS, on August 25, 2006, this Court entered a Preliminary Order of Forfeiture with respect to the defendant's interest in the following:

A. One SpectraColor Spa System manufactured by Sybartic, Inc.; and

B. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc, Dawsonville, Georgia

pursuant to 18 U.S.C. § 981(a)(1)(c) as incorporated by 28 U.S.C. § 2461; and

A. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57; and

B. Two Thousand Five Hundred and Ten Dollars ($2,510)

pursuant to 18 U.S.C. § 982(a)(1);

AND WHEREAS, notice of this forfeiture action was published in the Providence Journal on September 21, 28, and October 5, 2006, advising all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, no third party has made any claim to or

declared any interest in the above-described property;

It is hereby

ORDERED, ADJUDGED and DECREED

That the following property is forfeited to the United States of America, with all right, title, and interest thereto vesting in the United States of America, and the United States Marshal is authorized to dispose of said property according to law:

A. One SpectraColor Spa System manufactured by Sybartic, Inc.; and

B. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc, Dawsonville, Georgia

pursuant to 18 U.S.C. § 981(a)(1)(c) as incorporated by 28 U.S.C. § 2461; and

A. Account No. 1452-751-0 in the name of The Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, Rhode Island containing $15,821.57; and

B. Two Thousand Five Hundred and Ten Dollars ($2,510)

pursuant to 18 U.S.C. § 982(a)(1).

BY ORDER:

J. Durand
Deputy Clerk

ENTER:

Mary M. Lisi

MARY M. LISI
UNITED STATES DISTRICT JUDGE

11.9.2006