**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**:**
**vs. : C.R. NO.: 05-102ML**
**:**
**JOHN CURRAN :**

**MOTION TO RETURN BAIL**

Now comes the Defendant, John Curran, by and through his attorney and hereby moves this Honorable Court to Return the Fifty Thousand ($50,000.00) Dollar bail posted by the Defendant's sister, Karen Curran. In support of this Motion counsel avers that Defendant is currently incarcerated therefore there is no need for the bail to remain posted. Additionally, the continued posting of the bail is a financial hardship to the surety in that the money is derived from a home equity line of credit for which the surety is paying monthly interest.

WHEREFORE, in light of the foregoing, Defendant prays that the bail is returned.

Respectfully submitted,
John Curran,
By his Attorney,

/s/ Scott A. Lutes
SCOTT A. LUTES, (R.I. BAR #3502)
127 Dorrance Street
Providence, Rhode Island 02903
Telephone: (401) 861-1142
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned do hereby certify that I caused to be sent via ECF notification a true and accurate copy of the within Motion to Luis Matos, luis.matos@usdoj.gov, Assistant U.S. Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 15th day of November, 2006.

__/s/Scott A. Lutes______