**UNITED STATES OF AMERICA**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 05-102ML** |
| | : | |
| **JOHN CURRAN** | : | |

**NOTICE OF APPEAL**

The Defendant hereby claims an Appeal from the Conviction and Sentence in the above-entitled matter.

**John Curran,**

**By his attorney,**

/s/ Scott A. Lutes______________

**Scott A. Lutes, R.I. Bar #3502**

**127 Dorrance Street**

**Providence, RI 02903**

**Telephone: (401) 861-1142**

**Facsimile: (401) 490-3207**

**CERTIFICATION**

I hereby certify that on November 22, 2006, I caused a copy of the within Notice of Appeal to be sent by means of the ECF system to Luis Matos, AUSA at luis.matos@usdoj.gov .

/s/ Scott A. Lutes_____________