**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken.

Witness my hand and the Seal of said Court at Providence in said District, the_____**27th**____day of___**November**__ A.D., **2006**.

DAVID A. DIMARZIO, CLERK

BY:_______________________
DEPUTY CLERK