AO 245B (Rev. 6/05) Judgment in a Criminal Case - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**JOHN E. CURRAN**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **1:05CR00102-01ML**

USM Number: **05659-070**

**Scott A. Lutes, Esq.**
Defendant's Attorney

RECEIVED
2007 FEB 20 A 8:19
U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): __.
[ ] pleaded nolo contendere to count(s) __ which was accepted by the court.
[✓] was found guilty on counts **I through IV, VI through XIX, and XXI through XXIII of the Indictment** after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| **See next page.** | | | |

The defendant is sentenced as provided in pages 2 through 18 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) __.

[✓] Counts **V and XX of the Indictment** are dismissed on motion of the defense.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**August 25, 2006**
**Date of Imposition of Judgment as to the Incarcerative Term and the Supervision Term**
**(Restitution Order Imposed November 16, 2006)**

Mary M. Lisi
Signature of Judicial Officer

**MARY M. LISI**
**United States District Judge**
Name & Title of Judicial Officer

November 16, 2006
Date

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

108

# COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | December 31, 2004 | I |
| 18 U.S.C. § 1343 | Wire Fraud | May 5, 2004 | II |
| 18 U.S.C. § 1343 | Wire Fraud | September 3, 2004 | III |
| 18 U.S.C. § 1343 | Wire Fraud | August 31, 2004 | IV |
| 18 U.S.C. § 1343 | Wire Fraud | May 13, 2004 | VI |
| 18 U.S.C. § 1343 | Wire Fraud | May 6, 2004 | VII |
| 18 U.S.C. § 1343 | Wire Fraud | June 3, 2004 | VIII |
| 18 U.S.C. § 1343 | Wire Fraud | July 22, 2004 | IX |
| 18 U.S.C. § 1343 | Wire Fraud | July 29, 2004 | X |
| 18 U.S.C. § 1343 | Wire Fraud | August 13, 2004 | XI |
| 18 U.S.C. § 1343 | Wire Fraud | September 30, 2004 | XII |
| 18 U.S.C. § 1343 | Wire Fraud | November 5, 2004 | XIII |
| 18 U.S.C. § 1343 | Wire Fraud | October 16, 2004 | XIV |
| 18 U.S.C. § 1343 | Wire Fraud | October 26, 2004 | XV |
| 18 U.S.C. § 1343 | Wire Fraud | November 2, 2004 | XVI |
| 18 U.S.C. § 1343 | Wire Fraud | October 27, 2004 | XVII |
| 18 U.S.C. § 1343 | Wire Fraud | November 30, 2004 | XVIII |
| 18 U.S.C. § 1343 | Wire Fraud | December 17, 2004 | XIX |
| 18 U.S.C. § 1956(a)(1)(A)(I)<br>18 U.S.C. § 2 | Money Laundering<br>Aiding and Abetting | July 3, 2003 | XXI |
| 18 U.S.C. § 1956(a)(1)(A)(I)<br>18 U.S.C. § 2 | Money Laundering<br>Aiding and Abetting | August 8, 2003 | XXII |
| 18 U.S.C. § 1956(a)(1)(A)(I)<br>18 U.S.C. § 2 | Money Laundering<br>Aiding and Abetting | May 17, 2004 | XXIII |

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 150 months as to Counts I through IV, VI through XIX, and XXI through XXIII; all terms to be served concurrently with each other.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on 1-19-07 to FCI LOK

at ___, with a certified copy of this judgment.

J YOST, WARDEN
~~UNITED STATES MARSHAL~~

By R [signature]
~~Deputy United States Marshal~~

# SUPERVISED RELEASE

**Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years as to Counts I through IV, VI through XIX, and XXI through XXIII; all terms to be served concurrently with each other.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)
[✓] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable)
[✓] The defendant shall cooperate with the collection of DNA as directed by the probation officer. (Check, if applicable)
[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)
[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**FOR OFFICIAL USE ONLY - US PROBATION OFFICE**

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or (3) modify the conditions of supervision.
These conditions have been read to me. I fully understand them and have been provided a copy.

(Signed)

Defendant Date

US Probation Officer/Designated Witness Date

CASE NUMBER: 1:05CR00102-01ML 
DEFENDANT: JOHN E. CURRAN

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | **$2,100.00** | **$0.00** | **$1,425,061.62** |

[ ] The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✓] The defendant shall make restitution (including community restitution) to the following payees in the amount listed.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|
| **See next page.** | | |
| TOTALS: | **$1,425,061.62** | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement. $_______

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[✓] **The court determined that the defendant does not have the ability to pay interest, and it is ordered that:**

[✓] **the interest requirement is waived for the** [ ] fine and/or [✓] **restitution.**

[ ] the interest requirement for the [ ] fine and/or [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

# RESTITUTION PAYEES

| Name of Payee | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|
| Andrew Acciaioli | $995.00 | 1% |
| Susan Angier | $4,066.59 | 1% |
| Maria Aoyama | $280.50 | 1% |
| Beth Aronow | $950.00 | 1% |
| Juan Atuesta | $507.20 | 1% |
| Debbi Baird | $3.38 | 1% |
| Paul Balletto | $8,509.39 | 1% |
| Joanne Banver | $14,290.92 | 1% |
| Susan Baranick | $7,546.39 | 1% |
| Rodney Barber | $950.00 | 1% |
| Susan Barden | $7,622.80 | 1% |
| Nancy Beaman, care of Arthur | $7,872.25 | 1% |
| Robert Bernalewski | $3,719.12 | 1% |
| Fran Bernard | $1,400.32 | 1% |
| Karen Best | $1,629.00 | 1% |
| Andrea Bettencourt | $9,011.70 | 1% |
| Conie Bissonnette | $17, 148.90 | 1% |
| Gail Bonsignore | $4,618.35 | 1% |
| Doris Bouvier | $2,707.74 | 1% |
| Janice Bouvier | $4,324.43 | 1% |
| Joanne Boyer | $2,952.00 | 1% |
| Mark Brantley | $2,252.40 | 1% |
| Melissa Bravo | $1,511.70 | 1% |
| Nancy Brayton | $5,687.74 | 1% |
| Sydney Brissette | $2,395.50 | 1% |
| Joseph Britt | $3,242.88 | 1% |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **David Brown** | **$5,980.31** | **1%** |
| **Harold Brown** | **$7,840.68** | **1%** |
| **Bonnie Brown-Rae** | **$14,633.71** | **1%** |
| **Linda Brunini** | **$18,546.88** | **1%** |
| **Cathy Buchanan** | **$3,422.00** | **1%** |
| **Irene Buco** | **$15,088.74** | **1%** |
| **Rosa Buffone** | **$5,344.48** | **1%** |
| **Maryanne Buffone** | **$6,614.10** | **1%** |
| **Angela Burgio** | **$367.75** | **1%** |
| **Melina Cacchillo** | **$5,961.62** | **1%** |
| **Daniel Campbell** | **$3,828.45** | **1%** |
| **Kerras Campbell** | **$6,319.64** | **1%** |
| **Suzanne Cannon** | **$20,074.17** | **1%** |
| **John Canty** | **$293.65** | **1%** |
| **Cathy Capalbo** | **$6,481.40** | **1%** |
| **Joseph Capalbo** | **$9,519.92** | **1%** |
| **Kathleen Cardella** | **$4,496.45** | **1%** |
| **Kate Carlini** | **$533.85** | **1%** |
| **Patrick Carney** | **$5,010.99** | **1%** |
| **Thomas Casey** | **$2,589.60** | **1%** |
| **Kerri Castilli** | **$4,750.98** | **1%** |
| **Steven Catanzano** | **$0.81** | **1%** |
| **Mike Catone** | **$19.63** | **1%** |
| **Anthony Cattani** | **$950.00** | **1%** |
| **Kim Chase** | **$5,726.65** | **1%** |
| **Vicki Cheamitru** | **$5,312.63** | **1%** |
| **Ralph Chiavone** | **$29.95** | **1%** |
| **Micheline Colette Coats** | **$19,742.50** | **1%** |
| **Julie Cockriel** | **$3,163.19** | **1%** |
| **Pamela Collard** | **$2,300.80** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Holly Conner** | **$1,990.74** | **1%** |
| **Jason Corrente** | **$950.00** | **1%** |
| **Theresa Cote** | **$3,956.00** | **1%** |
| **Carollanne Crichton** | **$2,999.90** | **1%** |
| **Edward Dacey** | **$4,817.10** | **1%** |
| **Richard Dalpian** | **$10.33** | **1%** |
| **Annette D'Antuono** | **$2,322.12** | **1%** |
| **Jeffrey D'Antuono** | **$2,941.98** | **1%** |
| **Jack Darakian** | **$455.70** | **1%** |
| **Chaitali Das** | **$960.95** | **1%** |
| **Linda Davis-Griffin** | **$5,939.62** | **1%** |
| **Jane Daye** | **$3,934.16** | **1%** |
| **Janet DeLeo** | **$296.95** | **1%** |
| **Rose DerAnanian** | **$13,142.69** | **1%** |
| **Pierre Desrosiers** | **$998.10** | **1%** |
| **Howard Devine** | **$1,638.75** | **1%** |
| **Janice DeVirgilio** | **$6,769.70** | **1%** |
| **Amanda Doumato** | **$1,329.00** | **1%** |
| **William Drake** | **$5,559.95** | **1%** |
| **Jacqueline Drolet** | **$8,073.86** | **1%** |
| **Melanie Dufour-Pilney** | **$6,436.55** | **1%** |
| **Elaine Duval** | **$4,922.80** | **1%** |
| **Lori-Ann Errico** | **$962.64** | **1%** |
| **Liane Escher** | **$11,606.91** | **1%** |
| **Jerilyn Falk** | **$4,787.01** | **1%** |
| **Susan Ferber** | **$950.00** | **1%** |
| **Julie Ferrari** | **$12,287.60** | **1%** |
| **Linda Ferreira** | **$1,329.00** | **1%** |
| **Delmae Ferrelli** | **$10,145.20** | **1%** |
| **William Forte** | **$495.00** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Ben Freger** | **$4,060.30** | **1%** |
| **Konstontin Freger** | **$4,314.04** | **1%** |
| **Lyudmila Freger** | **$606.35** | **1%** |
| **Filomena Freitas** | **$984.94** | **1%** |
| **Celine Frigon** | **$1,480.65** | **1%** |
| **Marianne Fung** | **$12,146.30** | **1%** |
| **Diana Fusco** | **$1,749.95** | **1%** |
| **Cheryl Gaglione** | **$1,580.08** | **1%** |
| **David Gaudiana** | **$937.55** | **1%** |
| **Joe Gaulin** | **$6.11** | **1%** |
| **Kenneth Geyer** | **$950.00** | **1%** |
| **Colleen Gibson** | **$2,926.45** | **1%** |
| **John Gillen** | **$2,747.23** | **1%** |
| **Steven Gillikin** | **$20,955.19** | **1%** |
| **Virginia Gillikin** | **$3,300.47** | **1%** |
| **Roberta Goldstein** | **$21.90** | **1%** |
| **Celeste Goodhue** | **$4,854.14** | **1%** |
| **Samuel Goodhue** | **$693.75** | **1%** |
| **Susanne Gordon** | **$3,566.62** | **1%** |
| **Pat Gormally** | **$3,851.35** | **1%** |
| **Jackie Grady** | **$1.20** | **1%** |
| **Susan Graefe** | **$16,995.51** | **1%** |
| **Karin (Greenberg) Graefe** | **$12,786.76** | **1%** |
| **Matthew Gray** | **$950.00** | **1%** |
| **Kenneth Guarino** | **$4,280.25** | **1%** |
| **Kathryn Gunneson** | **$9,428.14** | **1%** |
| **Sandra Hale** | **$1,727.40** | **1%** |
| **Henry Haley** | **$10,343.10** | **1%** |
| **Mona Handler** | **$2,068.83** | **1%** |
| **Joshua Hanley** | **$500.00** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Nancy Harper** | **$7,373.34** | **1%** |
| **Sally Harper** | **$622.57** | **1%** |
| **Ann Harris** | **$570.95** | **1%** |
| **Philip Harris** | **$1,828.35** | **1%** |
| **Kathy Harrison** | **$5,861.45** | **1%** |
| **Norman Hauptman** | **$7,884.49** | **1%** |
| **Alice Henninger** | **$9,174.75** | **1%** |
| **Nina Herendeen** | **$3,042.28** | **1%** |
| **Jean Higginbotom** | **$438.75** | **1%** |
| **Theresa Hills** | **$5,495.35** | **1%** |
| **Charlotte Hohl** | **$7,750.35** | **1%** |
| **Roderick Hohl** | **$6,640.21** | **1%** |
| **Rebecca Hollifield** | **$5,422.70** | **1%** |
| **Linda Hopgood** | **$892.76** | **1%** |
| **Tina Hornoff** | **$1,732.50** | **1%** |
| **Judy Hoyt-Smith** | **$44.85** | **1%** |
| **Vedrana Hrsak** | **$3,054.81** | **1%** |
| **Joanna Interlini** | **$7,332.13** | **1%** |
| **Nicole Interlini** | **$3,245.45** | **1%** |
| **Jason Jacoby-Lee** | **$2,497.18** | **1%** |
| **Cora Jamieson** | **$2,094.45** | **1%** |
| **Daryl Jamieson** | **$1,256.19** | **1%** |
| **Sondra Jamieson** | **$9,652.63** | **1%** |
| **Barbara Jeffries** | **$750.53** | **1%** |
| **Lolita Johnson** | **$5,851.29** | **1%** |
| **Gabrielle Jordan** | **$6,093.61** | **1%** |
| **Malcom Judson, Jr.** | **$6,945.00** | **1%** |
| **Eugene Jutras** | **$3,563.80** | **1%** |
| **Edward Kantorosinski** | **$21.95** | **1%** |
| **Peter Kantorosinski** | **$6,365.15** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Stanley Kantorosinski** | **$3,577.94** | **1%** |
| **Leon Kayarian** | **$3,336.63** | **1%** |
| **Brian Kent** | **$4,797.65** | **1%** |
| **Linda Kent** | **$3,266.25** | **1%** |
| **Manily Khamsyvoravong** | **$3,458.80** | **1%** |
| **Paul Killion** | **$5,284.00** | **1%** |
| **Joyce Kilsey** | **$1,536.35** | **1%** |
| **Kurt Kish** | **$933.65** | **1%** |
| **Alexandra Koulax** | **$109.80** | **1%** |
| **Audrey Kukul** | **$2,830.04** | **1%** |
| **Susanne Lane** | **$3,226.45** | **1%** |
| **Mary Lang** | **$1,300.00** | **1%** |
| **Lisa Larisa** | **$8,189.04** | **1%** |
| **Araxie Larkin** | **$574.40** | **1%** |
| **Kathleen Laroche** | **$5,570.58** | **1%** |
| **Kathleen & Matthew Laroche** | **$158.75** | **1%** |
| **Christine Lataille** | **$2,255.19** | **1%** |
| **Paula Lataille** | **$2,849.73** | **1%** |
| **Richard Lataille** | **$75.00** | **1%** |
| **Susan Lataille** | **$2,734.61** | **1%** |
| **Lorraine Lavoie** | **$10,250.48** | **1%** |
| **Emily Lazea** | **$5,539.35** | **1%** |
| **Claudia Lee** | **$2,154.95** | **1%** |
| **Sandra Lee** | **$7,400.23** | **1%** |
| **Shaun Lee** | **$2,944.15** | **1%** |
| **Martha Leite** | **$32.95** | **1%** |
| **James Leonard** | **$12,134.80** | **1%** |
| **Lisa Leonard** | **$2,327.90** | **1%** |
| **Avinoam Lerner** | **$411.90** | **1%** |
| **Costa Limberakis** | **$4,707.58** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Jacqueline Limberakis** | **$102.95** | **1%** |
| **Cynthia Linton** | **$1,721.75** | **1%** |
| **Ronilyn Lincoln** | **$2,928.42** | **1%** |
| **Francesco Lobuono c/o Josephine Lobuono** | **$5,182.79** | **1%** |
| **Shawna Loisel** | **$8,841.85** | **1%** |
| **Donald Lovejoy** | **$248.20** | **1%** |
| **Terrance Lynch** | **$614.85** | **1%** |
| **Thomas Lynch** | **$1,390.00** | **1%** |
| **Madelyn Macedo** | **$2,649.25** | **1%** |
| **Barbara Mahony** | **$8,863.17** | **1%** |
| **Donald Mahony** | **$9,359.76** | **1%** |
| **Mona Manachi** | **$3,080.85** | **1%** |
| **Michael Marino** | **$1,001.85** | **1%** |
| **Stamatoula Matouk** | **$4,214.35** | **1%** |
| **Faith Mauri** | **$1,349.95** | **1%** |
| **Michael Mayette** | **$9,184.52** | **1%** |
| **Linda Mazzone** | **$4,572.55** | **1%** |
| **Robert McClellan** | **$1,262.76** | **1%** |
| **Sara McCracken** | **$39.08** | **1%** |
| **Glenn McQuade** | **$2,502.60** | **1%** |
| **Pauline McRae** | **$8,784.91** | **1%** |
| **Catherine Meau** | **$2,009.80** | **1%** |
| **Shirley Medeiros** | **$1,922.00** | **1%** |
| **Nancy Mellor** | **$15,646.58** | **1%** |
| **Lynn Meloni** | **$1,906.16** | **1%** |
| **Elaine Meyers** | **$3,062.91** | **1%** |
| **Robyn Minasian** | **$9,429.77** | **1%** |
| **Maryann Mitchell** | **$6,508.30** | **1%** |
| **Tim Monahan** | **$961.95** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Gloria Monger** | **$467.85** | **1%** |
| **Mary Montouri** | **$247.25** | **1%** |
| **Mary Morelli** | **$9,468.55** | **1%** |
| **Tony Morelli** | **$101.80** | **1%** |
| **Rachel Moscovita** | **$2,265.95** | **1%** |
| **Paul Motter** | **$950.00** | **1%** |
| **Joyce Mowry** | **$4,669.44** | **1%** |
| **Callan Murray** | **$1,114.89** | **1%** |
| **Cynthia Murray** | **$1,320.80** | **1%** |
| **Jake Murray** | **$950.00** | **1%** |
| **Orla Murray** | **$6,342.23** | **1%** |
| **Terry Myers** | **$1,639.95** | **1%** |
| **Jeanette Nally** | **$2,997.25** | **1%** |
| **Laura Napa** | **$1,205.01** | **1%** |
| **Jōse Neves** | **$2,926.05** | **1%** |
| **Frank Nicholas** | **$1,830.00** | **1%** |
| **Rich Nicholson** | **$5,649.45** | **1%** |
| **Lou-Ann Nixon** | **$677.69** | **1%** |
| **Lisa Normil** | **$82.31** | **1%** |
| **Karen Norton** | **$995.00** | **1%** |
| **Lori-Ann Nota** | **$175.70** | **1%** |
| **Marvin Novogrodski** | **$6,598.83** | **1%** |
| **Claire O'Connell** | **$2,967.09** | **1%** |
| **Donna O'Connell** | **$312.50** | **1%** |
| **Janice O'Donnell** | **$9,221.05** | **1%** |
| **Shayna Olerio** | **$1,272.30** | **1%** |
| **Anthony Oliver** | **$995.00** | **1%** |
| **Caron Oresky** | **$3,741.40** | **1%** |
| **Roy Owen** | **$8,825.93** | **1%** |
| **Bettie Pardee** | **$2,167.60** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Nicole Parmenter** | **$3,673.43** | **1%** |
| **Nancy Pease** | **$1,571.45** | **1%** |
| **Agatha Perkins** | **$4,860.80** | **1%** |
| **Elton Perkins** | **$6,197.80** | **1%** |
| **Emily Perkins** | **$950.00** | **1%** |
| **Gary Perrotta** | **$3,517.64** | **1%** |
| **Joseph Perry** | **$6,777.84** | **1%** |
| **Anthony Petito** | **$5,566.49** | **1%** |
| **Geri Petito** | **$5,814.32** | **1%** |
| **Jean Picardi** | **$1,583.90** | **1%** |
| **Linda Piccione** | **$2,900.50** | **1%** |
| **John Pierce** | **$2,230.50** | **1%** |
| **Sarah Piette** | **$2,759.94** | **1%** |
| **Jayce Poland** | **$1,063.85** | **1%** |
| **Joy Poland** | **$339.75** | **1%** |
| **Alvan Post** | **$15,723.15** | **1%** |
| **Milton Preble** | **$1,878.45** | **1%** |
| **Margaret Pribulick** | **$4,056.74** | **1%** |
| **Jeanne Prom** | **$51.90** | **1%** |
| **Aneta Puzanowski** | **$1,859.95** | **1%** |
| **Christine Raether** | **$747.94** | **1%** |
| **Gene Ramella** | **$1,717.80** | **1%** |
| **Bruce Randell** | **$5,428.24** | **1%** |
| **Sandra Rice** | **$3,907.20** | **1%** |
| **Helen Riley** | **$3,365.00** | **1%** |
| **Anthony Riscetta** | **$1,724.80** | **1%** |
| **Wanda Rivera** | **$2,342.95** | **1%** |
| **Diane Robitaille** | **$995.00** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Christopher Roering** | **$6,550.55** | **1%** |
| **Matthew Rolin** | **$14,872.24** | **1%** |
| **Albert Romano** | **$3,554.40** | **1%** |
| **Bill Rosenberg** | **$3,638.70** | **1%** |
| **Naomi Roth** | **$2,568.69** | **1%** |
| **Lorraine Rotmer** | **$36.00** | **1%** |
| **Jon Ruel** | **$10,563.94** | **1%** |
| **Dario Ruggieri** | **$995.00** | **1%** |
| **Marlyn Russo** | **$5,175.34** | **1%** |
| **Suzanne Rustemeyer** | **$5,326.50** | **1%** |
| **Sherry Ryan** | **$979.38** | **1%** |
| **Karen Ryder** | **$34.95** | **1%** |
| **Betty Saffell** | **$2,924.65** | **1%** |
| **Kathy Sanders** | **$11,725.96** | **1%** |
| **Marlon Sandoval** | **$1,114.90** | **1%** |
| **John Santos** | **$1,381.88** | **1%** |
| **Philip Sapozhiniks** | **$200.00** | **1%** |
| **Maureen Scetta** | **$3,341.10** | **1%** |
| **Patricia Scetta** | **$3,216.85** | **1%** |
| **Mindy Schrager** | **$5,994.83** | **1%** |
| **James Searles** | **$3,545.63** | **1%** |
| **Roberta Sharp** | **$5,184.55** | **1%** |
| **Kate Shaughnessy** | **$3,979.40** | **1%** |
| **Beverly Silvera** | **$11,860.63** | **1%** |
| **Marcia Simms** | **$8,806.81** | **1%** |
| **Frances Sinclair** | **$12,503.60** | **1%** |
| **Yemarshet Sissay** | **$6,343.70** | **1%** |
| **Caryn Sloan** | **$6,690.78** | **1%** |
| **Lara Sloan** | **$1,160.60** | **1%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| Samuel Sloan | $874.35 | 1% |
| Ellen Smith | $37,837.77 | 3% |
| Jeanmarie Smith | $468.45 | 1% |
| Norma Souto | $3,172.68 | 1% |
| Roberta Squillante | $10,563.14 | 1% |
| Joy Stupakiewicz | $5,539.53 | 1% |
| Barbara Sullo | $1,268.95 | 1% |
| Susan Sutera | $2,493.90 | 1% |
| Elizabeth Talwar | $2,167.95 | 1% |
| Timothy Tarbox | $5,440.15 | 1% |
| Steven Tefft | $950.00 | 1% |
| Victoria Thompson | $1,654.15 | 1% |
| Diane Titcomb | $3,567.94 | 1% |
| Annette Toland | $4,040.16 | 1% |
| Antonio Torres | $1,030.55 | 1% |
| Tammy Tourtelott | $950.00 | 1% |
| Kim Tracy | $195.00 | 1% |
| Robert Treutlein | $4,578.59 | 1% |
| Elise Trotman | $4,248.10 | 1% |
| Arthur Turner | $134.85 | 1% |
| Nancy Twitchell | $1,071.94 | 1% |
| Cynthia Usanis | $4,282.95 | 1% |
| Dane Usher | $3,180.05 | 1% |
| Diane Vaccaro | $295.65 | 1% |
| Verina Vann | $3.29 | 1% |
| Nicole Vanderheiden | $1,910.35 | 1% |
| Sandra Vanderpool | $2,434.29 | 1% |
| Joseph Vastano | $7,266.68 | 1% |
| Joy Ventre | $3,691.49 | 1% |
| Nina Vinagro | $25,855.30 | 2% |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | |
|---|---|---|
| **Eberhard Von Heyden** | **$1,850.75** | **1%** |
| **Linda Waine** | **$1,078.00** | **1%** |
| **Peter Wallick** | **$1,208.25** | **1%** |
| **Trinidad Wallick** | **$7,012.48** | **1%** |
| **Ginette Walsh** | **$9,866.80** | **1%** |
| **Joseph Walsh** | **$950.00** | **1%** |
| **Jery Wang** | **$8,269.24** | **1%** |
| **James Waterman** | **$1,933.55** | **1%** |
| **Amber Weller** | **$2,308.63** | **1%** |
| **James Weller** | **$2,186.27** | **1%** |
| **Rosemarie Wible** | **$34.95** | **1%** |
| **Jeffrey Williamson** | **$6,715.73** | **1%** |
| **Margaret Wilson** | **$2,874.55** | **1%** |
| **Sheila Wilson** | **$4.57** | **1%** |
| **Maria Xavier** | **$1,864.39** | **1%** |
| **Herbert Yolin** | **$3,308.00** | **1%** |
| **Marcia Zacheis** | **$10,008.60** | **1%** |
| **Nicholas Zakas** | **$581.45** | **1%** |
| TOTALS: | **$1,425,061.62** | **NOTE: All percentages are rounded off to the nearest whole percent.** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [✓] **Payment of $1,427,161.62 due immediately.**

[ ] not later than _, or
[ ] in accordance with [] C, [] D, [] E, or [] F below; or

B [ ] Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C [ ] Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $_ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $_ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[✓] **The defendant shall forfeit the defendant's interest in the following property to the United States:**

**Pursuant to the Final Order of Forfeiture entered on November 11, 2006, the defendant shall forfeit to the U.S. the following property --**

**As listed in the Wire Fraud Forfeiture Allegations of the Indictment:**
**One SpectraColor Spa system manufactured by Sybartic, Inc.;**
**and,**
**One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02, Inc., Dawsonville, Georgia**

**As listed in the Money Laundering Forfeiture Allegations of the Indictment:**
**Account No. 1452-751-0 in the name of the Northeastern Institute for Advanced Natural Healing located at Citizen's Bank of Rhode Island, One Citizens Plaza, Providence, RI, containing $15,821.57;**
**and,**
**$2,510.00**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3 )restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.