UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

April 5, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CR 05-102ML CCA# **06-2647**
**USA v. John E. Curran**

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matters.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ____________________
*John Duhamel*
Deputy Clerk

encl: **Doc.# 118 : Transcript re Voir Dire proceedings held on 5/11/2006.**