UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 05-102ML
)
)
JOHN CURRAN )

**MOTION TO OBTAIN RECORDS UNDER SEAL**

Tamara Barney, CJA appointed counsel for John E. Curran before the First Circuit Court of Appeals, Docket # 06-2647, hereby requests permission from the United States District Court, Rhode Island, and the Honorable Mary M. Lisi, to obtain documents referenced in the sentencing and restitution transcripts on August 25, 2006 and November 16, 2006, including character letters, victim letters and letters and/or documents sent and received by the United States Probation Department, including Dennis J. Jenkins and/or Gail James. She states as her reasons the following:

a. The documents are necessary for appellant's appeal.

WHEREFORE, counsel respectfully requests that an order enter allowing her to receive from the clerks office, probation office and victim witness office all of the above mentioned documents.

Respectfully Submitted,
John E. Curran
By His Attorney

**GRANTED**
Mary M. Lisi
Mary M. Lisi
U.S.D.J. 6/26/07

Tamara Barney (# 87543)
P.O. Box 363
Barrington, RI 02806
(401) 378-8508

**CERTIFICATION OF SERVICE**

I hereby certify that on the 26th day of June, 2007, I served a copy of the within Motion For Enlargement of Time, via U.S. Mail, upon Asst. U.S. Attorney Donald Lockhart, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903

TAMARA BARNEY, ESQ.