**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-102ML** |
| | : | |
| **JOHN CURRAN** | : | |

**MOTION FOR RECONSIDERATION OF ORDER DATED JUNE 26, 2007**

Earlier today, defendant's appellate counsel moved for permission to view sealed letters that were received by the Probation Office and considered by this Court in connection with sentencing. Counsel also sought access to the files of Gale James, who is a Victim-Witness Coordinator with this office. Before the government could respond, the Court issued a margin order granting the motion in its entirety. The government now moves for partial reconsideration.

The government does not object to the first part of the defense motion. Counsel should be permitted to view the letters that were received by the Probation Office and considered by the Court.

The government opposes the second part of the motion, in which counsel seeks access to the files of Gale James, an Executive Branch employee. Counsel never explains why defendant is entitled to post-sentencing discovery of Executive Branch files. Counsel cites no case law or legal principle that would justify such discovery. Moreover, files which reside in this office are not part of the record, see Fed. R. App. P. 10(a), and thus they could

not even be referred to in an appellate brief. Thus, contrary to counsel's suggestions, such files could not possibly be "necessary for appellant's appeal."

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ DONALD C. LOCKHART

DONALD C. LOCKHART
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
donald.lockhart2@usdoj.gov

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2007, I caused the within "Motion for Reconsideration of Order Dated June 26, 2007" to be filed electronically and served by first class mail, postage pre-paid on:

Tamara Barney, Esquire
P.O. Box 363
Barrington, RI 02806.

/s/ DONALD C. LOCKHART

DONALD C. LOCKHART
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
donald.lockhart2@usdoj.gov