UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-102 ML

JOHN CURRAN

ORDER

This Court has reviewed the government's Motion for Reconsideration of its Order dated June 26, 2007. The Court agrees that Defendant is not entitled to access any materials or documents in the files of Gale James, an employee of the Department of Justice.

Accordingly, that portion of the June 26, 2007 Order which grants Defendant such access is hereby VACATED.

SO ORDERED,

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 27, 2007