UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 05-102ML
)
)
JOHN CURRAN )

**MOTION TO SUPPLEMENT and CLARIFY THE RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 10(e)(1), defendant-appellant requests the Honorable Mary M. Lisi, to enter an order supplementing and clarifying the record on appeal as follows:

1. Prior to sentencing each party submitted memoranda supporting their positions with respect to sentencing. Each memorandum had exhibits attached to it that contained letters in support of defendant or letters in opposition to defendant, respectively. At sentencing, the court, in fact indicated it had letters in support of defendant and letters from detractors of the defendant. *(Sentencing, p.2)* Did the court also review, prior to the August 25, 2006 sentencing, a large binder compiled by the Probation Department with approximately 108 individual victim responses entitled "Declaration of Victim Losses" (Form: PROB 72 (7/96))?

2. On November 13, 2006, the government filed a pleading titled *Government's Proposed Final List of Victims and Restitution.* That pleading was not docketed. Appellant requests that it be transferred to the First Circuit Court of Appeal and made part of the record on appeal.

3. Defense "Exhibit A" attached to Docket # 92 titled *Motion for Downward Departure From Suggested Guideline Sentencing Range* remains under seal in the District Court Clerk's Office. Appellant requests that it be transferred, under seal, to the First Circuit Court of Appeal and made part of the record on appeal.

WHEREFORE, counsel respectfully requests that an order enter clarifying the record as to (1) above and supplementing the record as to (2) and (3) above.

Respectfully Submitted,
John E. Curran
By His Attorney

Tamara Barney

Tamara Barney (# 87543)
P.O. Box 363
Barrington, RI 02806
(401) 378-8508

**CERTIFICATION OF SERVICE**

I hereby certify that on the 26th day of July, 2007, I served a copy of the within Motion to Clarify and Supplement the Record, via U.S. Mail, upon Asst. U.S. Attorney Donald Lockhart, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903

Tamara Barney
TAMARA BARNEY, ESQ.