**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-102ML** |
| | : | |
| **JOHN CURRAN** | : | |

**GOVERNMENT'S RESPONSE TO RULE 10(E) MOTION**

Earlier today, defendant's appellate counsel moved to supplement the record under Fed. R. App. P. 10(e). The government responds as follows.

The government has no objection to making the two referenced district court filings part of the record: defendant's August 21, 2006 filing, with attachments (Docket No. 92); and the government's November 13, 2006 filing, with attachments (filed and date stamped but not assigned a docket number). Both qualify as "original papers and exhibits filed in the district court." Fed. R. App. P. 10(a)(1). The Court may wish to seal these filings, however, as they contain the statements of victims concerning medical-related issues.

The government is less certain whether the remaining materials identified in the motion (described as "a large binder" containing "108 individual victim responses") satisfy Fed. R. App. P. 10(a)(1). Relatedly, it is unclear to the government whether the Court relied upon those materials in calculating the loss amount for guideline purposes or the restitution owed to the victims -- issues that the defense apparently intends to raise in the pending

appeal. In any order on the Rule 10(e) motion, therefore, the Court should clarify (1) whether it considers the materials to be part of the "original papers and exhibits filed in the district court," Fed. R. App. P. 10(a)(1), and (2) whether it relied on those materials in calculating the loss and/or restitution amounts. This way, if the materials are ultimately forwarded to the First Circuit, the Court of Appeals will be able to assess their significance (if any) in deciding whether this Court erred in its loss or restitution calculations. Again, however, the Court may wish to seal the materials for the reason noted above.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ DONALD C. LOCKHART

DONALD C. LOCKHART
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007, I caused the within "Government's Response to Rule 10(e) Motion" to be filed electronically and served by first class mail, postage pre-paid on:

Tamara Barney, Esquire
P.O. Box 363
Barrington, RI 02806.

/s/ DONALD C. LOCKHART
DONALD C. LOCKHART
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
donald.lockhart2@usdoj.gov