UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

August 7, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

RE: CR 05-102ML CCA# **06-2647**
**USA v. John E. Curran**

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matters.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:____________________
*John Duhamel*
Deputy Clerk

**Enclosed (all under seal):**
1. **Large green binder re: victim losses, compiled by U.S. Probation Department prior to sentencing.**
2. **Document entitled " Government's Proposed Final List of Victims and Restitution.**
3. **Exhibit "A" to Doc# 92 (re M/Downward Departure & Sentencing Memorandum).**

----------------------------

**Certified docket**