UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-102ML

JOHN E. CURRAN

Exhibits Receipt

Government's Exhibits re: May 15-26, 2006 Jury Trial

SEE attached exhibits list.

[signature]
Deputy Clerk

Received by: [signature]

Date: 6/11/08