AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
V.
John E. Curran

## EXHIBIT AND WITNESS LIST

Case Number: CR 05-102ML

| PRESIDING JUDGE | Gov't's PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Luis Matos | Scott A. Lutes; Michael J. Zarrella |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Jury Trial 5/15/05 to 5/26/06 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | → | | | W-1 DR. ROBERT CRAUSMAN |
| 354 | | 5-15-06 | | ✓ | Stipulation re: Authenticity |
| 1 | | " | | ✓ | RI GEN LAW 5-73-2 |
| 2 | | " | | ✓ | RI GEN LAW 23-74-1 |
| 3 | | " | | ✓ | RI GEN LAW 23-74-4 |
| 4 | | " | | ✓ | RI GEN LAW 23-74-14 |
| 5 | | " | | ✓ | RI Dept. of Health Reporting Requirement |
| 8 | | " | | ✓ | Chapter 23-74 Unlicensed Healthcare |
| 9 | | " | | ✓ | RI GEN LAW 23-74-1 |
| 10 | | " | | ✓ | RI GEN LAW 23-74-4 |
| 11 | | " | | ✓ | RI GEN LAW 23-74-14 |
| 12 | | " | | ✓ | Excerpt - RIGL 5-37-1 |
| | GGG | " | ✓ | | Journal of Clinical Microbiology |
| | | → | | | W-2 LOUISE DOUMATO |
| 406 | | 5-15-06 | | ✓ | Photo - Dr. Curran's office |
| 407 | | " | | ✓ | Photo - wall of Dr. Curran's office |
| 205 | | " | | ✓ | Care Credit Application - Doumato |
| | WWW | " | ✓ | 5-17-06 | Publication re: Dr. Curran |
| | MMMM | " | ✓ | ✓ | Acknowledgment of Rights - Doumato |
| | | → | | | W-3 RHONDA ALVES |
| | | → | | | W-4 JASON SIMONIAN - FDA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 1:05-cr-00102-ML-DLM Document 69 Filed 05/26/2006 Page 2 of 17

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| Govt PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 28 | | 5-15-06 | | ✓ | Unlicensed Practices Proposed Legislation |
| 13 | | " | | ✓ | Dept. of Health folder |
| 14 | | " | | ✓ | Letter from Curran to Demma 6-9-98 |
| 15 | | " | | ✓ | Letter from Farrington to Curran 6-18-98 |
| 16 | | " | | ✓ | Letter from Clinkenbeard to Curran 7-7-98 |
| 17 | | " | | ✓ | Letter from Curran to Farrington 8-4-98 |
| 18 | | " | | ✓ | Dept of Health folder – Live Blood Testing |
| 31 | | " | | ✓ | Curran's "Marketing Strategy" |
| 34 | | " | | ✓ | Note from H.L. Deneston to C. Brophy |
| 38 | | " | | ✓ | Fax from Curran to Practice Builders |
| 39 | | " | | ✓ | "Meet your naturopathic physician" |
| 40 | | " | | ✓ | promotional material |
| 41 | | " | | ✓ | promotional material |
| 53 | | " | | ✓ | Handwritten materials – NIANH Projects |
| 54 | | " | | ✓ | "Useful telephone techniques" |
| 59 | | " | | ✓ | Northeast Institute Pamphlet |
| 60 | | " | | ✓ | promotional material |
| 61 | | " | | ✓ | Description of Curran's services |
| 62 | | " | | ✓ | Draft document "New Client Policy..." |
| 63 | | " | | ✓ | promotional material: WWW.DRCURRAN.COM |
| 64 | | " | | ✓ | Mega Natural Healing Program |
| 65 | | " | | ✓ | "Intensive Cellular Rejuvenation Program" |
| 66 | | " | | ✓ | "Office Visits Consultations" |
| 68 | | " | | ✓ | 30-day Treatment program |
| 69 | | " | | ✓ | 60-day program |
| 70 | | " | | ✓ | 90-day program |
| 91 | | " | | ✓ | Document: "Body Balancing Energy Water" |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | vs. | John E. Curran | | CASE NO. CR 05-102ML |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 92 | | 5-15-06 | | ✓ | Body Balancing E Water Document |
| 94 | | " | | ✓ | Certificate - Doctor of Naturopathy |
| 95 | | " | | ✓ | Certificate - Holistic Consultant |
| 96 | | " | | ✓ | Certificate ANHCAB |
| 114 | | " | | ✓ | Southern College transcript |
| 115 | | " | | ✓ | Southern College transcript |
| 116 | | " | | ✓ | Letter from Arnett to SGI grads |
| 117 | | " | | ✓ | Southern Graduate Institute Enrollment |
| 122 | | " | | ✓ | Southern Graduate Institute Certificate |
| 123 | | " | | ✓ | Certificate Doctor of Naturopathy |
| 124 | | " | | ✓ | Certificate Doctor of Medicine |
| 126 | | " | | ✓ | Transcripts - Asian American University |
| 129 | | " | | ✓ | Letter from Arkansas College of Natural Health |
| 130 | | " | | ✓ | Application - Arkansas College |
| 134 | | " | | ✓ | Fax - St. Jude's to C. Brophy |
| 135 | | " | | ✓ | Letter - Brophy to St. Jude's |
| 142 | | " | | ✓ | E-mail - McDade to Curran |
| 143 | | " | | ✓ | Check - Curran to McDade |
| 144 | | " | | ✓ | Letter - Curran to McDade |
| 145 | | " | | ✓ | Chatworth College Degree 1/10/00 |
| 146 | | " | | ✓ | Chatworth College B.S. 6/1/95 |
| 147 | | " | | ✓ | Chatworth College - Doctorate 6/13/97 |
| 148 | | " | | ✓ | Folder - materials submitted to McDade |
| 151 | | " | | ✓ | Folder labeled "Howard Edgar" |
| 152 | | " | | ✓ | Draft Book "Health + Diet in America" |
| 154 | | " | | ✓ | Letter from Howard to Curran |
| 159 | | " | | ✓ | Certificate for Curran - Howard CME |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 160 | | 5-15-06 | | ✓ | HEPP newsletter |
| 161 | | " | | ✓ | Brown CME |
| 162 | | " | | ✓ | Brown CME |
| 163 | | " | | ✓ | Copy mail folder |
| 164 | | " | | ✓ | Duke CME Panic Disorder |
| 165 | | " | | ✓ | Duke CME Alzheimer's |
| 166 | | " | | ✓ | Duke CME Panic Disorder |
| 167 | | " | | ✓ | Duke CME Alzheimer's |
| 174 | | " | | ✓ | DC Certification form |
| 176 | | " | | ✓ | prescription pad – Curran |
| 177 | | " | | ✓ | Gilliken progress notes |
| 178 | | " | | ✓ | prescription for Gilliken |
| 179 | | " | | ✓ | Gilliken blood work worksheet |
| 180 | | " | | ✓ | University Internal Med. Inc. test results |
| 181 | | " | | ✓ | test results – Gilliken |
| 182 | | " | | ✓ | report Miriam Hospital re: Gilliken |
| 183 | | " | | ✓ | Acknowledgment of receipt – Gilliken |
| 184 | | " | | ✓ | Agreement – Scope Care – Gilliken |
| 185 | | " | | ✓ | Draft interview – Curran |
| 186 | | " | | ✓ | Interview – Curran |
| 187 | | " | | ✓ | Case history – Gilliken |
| 352 | | " | | ✓ | Synedex invoice |
| 353 | | " | | ✓ | Letter from Curran to RI Med. Society |
| 74A | | " | | ✓ | Web-site printout |
| 81 | | " | | ✓ | Geo-Meridian Contract |
| 82 | | " | | ✓ | Telethem invoice |
| 83 | | " | | ✓ | VITA OZ invoice |

Case 1:05-cr-00102-ML-DLM Document 69 Filed 05/26/2006 Page 5 of 17

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 64 | | 5-15-06 | | ✓ | Pick-up Confirmation for Vita O2 |
| 365 | | " | | ✓ | Framed Harvard CME Degree |
| 366 | | " | | ✓ | Framed Brown University CME Degree |
| 367 | | " | | ✓ | Framed Duke University CME Degree |
| 398 | | " | | ✓ | Stipulation |
| 77 | | " | | ✓ | Invoice PSI Resources |
| 78 | | " | | ✓ | Blood Evaluation worksheets |
| 79 | | " | | ✓ | New Life Sciences manual |
| 80 | | " | | ✓ | Parasite Risk Questionnaire |
| 104 | | " | ✓ | 5-23-06 ✓ | Harrington U. Instructions |
| 105 | | " | ✓ | 5-23-06 ✓ | Harrington U. transcript |
| 106 | | " | ✓ | 5-23-06 ✓ | Harrington U. transcript |
| 107 | | " | ✓ | 5-23-06 ✓ | Harrington U. Certificate |
| 108 | | " | ✓ | 5-23-06 ✓ | Harrington U. transcript |
| 109 | | " | ✓ | 5-23-06 ✓ | Harrington U. Degree |
| 110 | | " | ✓ | 5-23-06 ✓ | Harrington U. transcript |
| 111 | | " | ✓ | 5-23-06 ✓ | Letter from F. B[illegible]man – Harrington U. |
| 112 | | " | ✓ | 5-23-06 ✓ | Letter from H. Clarksdale – Harrington U. |
| 113 | | " | ✓ | 5-23-06 ✓ | Southern College Answer sheet + test |
| 103 | | " | ✓ | 5-23-06 ✓ | Certificate – Am. Academy Pain Mgt. |
| ~~77~~ | | | | | |
| ~~78~~ | | | | | |
| ~~79~~ | | | | | |
| ~~80~~ | | | | | |
| 172 | | " | | ✓ | DC registration card + other Certs. |
| 371 | | " | ✓ | ✓ | Smock from Curran's office |
| 400 | | " | | ✓ | Picture from Northeast Institute |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 401 | | 5-15-06 | | ✓ | Picture from Northeast Institute |
| 402 | | " | | ✓ | " " " " |
| 405 | | " | | ✓ | " " " " |
| ~~406~~ | | ~~"~~ | | | ~~" " " "~~ |
| ~~407~~ | | ~~"~~ | | | ~~" " " "~~ |
| 409 | | " | | ✓ | " " " " |
| 410 | | " | | ✓ | " " " " |
| 411 | | " | | ✓ | " " " " |
| 412 | | " | | ✓ | " " " " |
| 413 | | " | | ✓ | " " " " |
| 414 | | " | | ✓ | " " " " |
| 415 | | " | | ✓ | " " " " |
| 421 | | " | | ✓ | " " " " |
| 422 | | " | | ✓ | " " " " |
| 424 | | " | | ✓ | " " " " |
| 426 | | " | | ✓ | " " " " |
| 427 | | " | | ✓ | " " " " |
| 428 | | " | | ✓ | " " " " |
| 430 | | " | | ✓ | " " " " |
| 431 | | " | | ✓ | " " " " |
| 441 | | " | | ✓ | " " " " |
| 442 | | " | | ✓ | " " " " |
| 443 | | " | | ✓ | " " " " |
| 445 | | " | | ✓ | " " " " |
| 446 | | " | | ✓ | " " " " |
| 447 | | " | | ✓ | " " " " |
| 448 | | " | | ✓ | " " " " |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John B. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 449 | | 5-15-06 | | ✓ | Picture from Northeast Institute |
| 450 | | " | | ✓ | Picture from Northeast Institute |
| 451 | | " | | ✓ | Picture from Northeast Institute |
| 454 | | " | | ✓ | Picture from Northeast Institute |
| 455 | | " | | ✓ | Picture from Northeast Institute |
| 456 | | " | | ✓ | Picture from Northeast Institute |
| 457 | | " | | ✓ | Picture from Northeast Institute |
| 459 | | " | | ✓ | Picture from Northeast Institute |
| 460 | | " | | ✓ | Picture from Northeast Institute |
| 461 | | " | | ✓ | Picture from Northeast Institute |
| 462 | | " | | ✓ | Picture from Northeast Institute |
| 463 | | " | | ✓ | Picture from Northeast Institute |
| 464 | | " | | ✓ | Picture from Northeast Institute |
| 465 | | " | | ✓ | Picture from Northeast Institute |
| 466 | | " | | ✓ | Picture from Northeast Institute |
| 467 | | " | | ✓ | Picture from Northeast Institute |
| 468 | | " | | ✓ | Picture from Northeast Institute |
| 364 | | " | | ✓ | Framed Chapman College Degree |
| 362 | | " | | ✓ | Framed Chapman College Degree |
| 363 | | " | | ✓ | Framed Chapman College Degree |
| 368 | | " | | ✓ | Framed Bill of Rights – patients |
| 369 | | " | | ✓ | Framed ANMCAB Certificate |
| 360 | | " | | ✓ | Framed Asian-American Degree |
| 361 | | " | | ✓ | Framed St. Jude's Degree |
| 357 | | " | | ✓ | Framed Southern College of Naturopathic Degree |
| 358 | | " | | ✓ | Framed Southern Grad. Inst. Degree |
| 359 | | " | | ✓ | Framed Southern Grad. Inst Degree |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 298 | | 5-15-06 | | ✓ | Doctors Data Request – Brown |
| 299 | | " | | ✓ | Doctors Data Request – Johnson |
| 300 | | " | | ✓ | Doctors Data Request – Barden |
| 301 | | " | | ✓ | Doctors Data Request – Sollet |
| 302 | | " | | ✓ | Spreadsheet – Doctors data |
| 303 | | " | | ✓ | Spreadsheet – Patient file review |
| 5/16/06 | | 5-16-06 | | | |
| 75 | | " | | ✓ | Document: "Office visits consultations." |
| 76 | | " | | ✓ | Document: "Therapy Room Services" |
| ~~[illegible]~~ | | | | | ~~[illegible]~~ |
| 423 | | " | | ✓ | Picture from Northeast Institute |
| 433 | | " | | ✓ | " " " " |
| 434 | | " | | ✓ | " " " " |
| 435 | | " | | ✓ | " " " " |
| 437 | | " | | ✓ | " " " " |
| 438 | | " | | ✓ | " " " " |
| 439 | | " | | ✓ | " " " " |
| → | | | | | W-5 Dennis Hardy |
| | M | 5-16-06 | ✓ | ✓ | "Get Well Naturally" - Info Sheet - Hardy |
| → | | | | | W-6 Neichka ENA |
| 470 | | 5-16-06 | | ✓ | photo: St. Jude's school |
| 471 | | " | | ✓ | " " " " |
| 474 | | " | | ✓ | " " " " |
| 475 | | " | | ✓ | " " " " |
| | [illegible] | " | ✓ | | pages from St. Jude's website |
| → | | | | | W-7 Margaret Hoseini |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Hunt USA | vs. John E. Curran | | | | CASE NO. CR 05-102ML |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 131 | | 5-16-06 | | ✓ | American Medical Assoc. Materials |
| 132 | | " | | ✓ | Letter: Jaquire to AMA |
| | | → | | | W-8 Gary McDade |
| 149 | | 5-16-06 | | ✓ | Letter: Griffin to McDade |
| 150 | | " | | ✓ | Health + Diet in America – Draft Book |
| | PPPP | " | ✓ | | Letter: McDade to Simonian |
| | | → | | | W-9 Brooke Johnson |
| 168 | | 5-16-06 | | ✓ | Sample CME Certificate – Duke U. |
| | | → | | | W-10 Janice Miller |
| | | → | | | W-11 Norman Shostak |
| | | → | | | W-12 Elizabeth Griffin |
| | | → | | | W-13 Nancy Hines |
| 19 | | 5-16-06 | | ✓ | Curran Business Card |
| 20 | | " | | ✓ | Note dated 6-10-98 |
| 21 | | " | | ✓ | Contact report Dept of Health |
| 22 | | " | | ✓ | Letter: Dehnel to Reynolds |
| 23 | | " | | ✓ | Letter: Curran to Dehnel |
| 24 | | " | | ✓ | Letter: Tarrington to Curran |
| 25 | | " | | ✓ | Fax: RE Health Aid to Tarrington |
| 26 | | " | | ✓ | Letter: Clinkenbeard / Curran |
| 27 | | " | | ✓ | Letter: Curran to Tarrington |
| | RRRR | " | ✓ | | CLIA Regulation – Lab tests |
| | | → | | | W-14 Special Agent Robert Ferraro |
| 355 | | 5-16-06 | | ✓ | Stipulation re: Authenticity of Evidence |
| 211 | | " | | ✓ | Client receipt – Killion |
| 212 | | " | | ✓ | Payment history – Killian |
| 222 | | " | | ✓ | Credit Card receipt – Romney |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. John E. Curran — CASE NO. CR 05-102ML

| GVT PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 223 | | 5-16-06 | | ✓ | Payment history - Scolet |
| 227 | | " | | ✓ | Client receipt - Brown |
| 228 | | " | | ✓ | Credit Card receipt - Brown |
| 229 | | " | | ✓ | " " " " |
| 230 | | " | | ✓ | Payment history - Brown |
| 231 | | " | | ✓ | Client receipt - Brown |
| 232 | | " | | ✓ | Credit Card receipt - Brown |
| 233 | | " | | ✓ | Payment history - Brown |
| 242 | | " | | ✓ | Client receipt - Barden |
| 243 | | " | | ✓ | Credit Card receipt - Lapage |
| 244 | | " | | ✓ | Client receipt - Barden |
| 245 | | " | | ✓ | " " " |
| 246 | | " | | ✓ | Credit Card bill - Lapage |
| 247 | | " | | ✓ | Payment history - Barden |
| 252 | | " | | ✓ | Client receipt - Mazzone |
| 253 | | " | | ✓ | Credit Card receipt - Mazzone |
| 254 | | " | | ✓ | " " " " |
| 255 | | " | | ✓ | Payment history - Mazzone |
| 261 | | " | | ✓ | Client receipt - Jubuono |
| 262 | | " | | ✓ | Credit Card receipt - Jubuono |
| 263 | | " | | ✓ | Payment history - Jubuono |
| 264 | | " | | ✓ | Client receipt - Jubuono |
| 265 | | " | | ✓ | Payment history - Jubuono |
| 266 | | " | | ✓ | Client receipt - Jubuono |
| 267 | | " | | ✓ | Credit Card receipt - Jubuono |
| 276 | | " | | ✓ | Client receipt - Hills |
| 277 | | " | | ✓ | Payment history - Hills |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. John E. Curran — CASE NO. CR 05-102ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 286 | | 5-16-06 | | ✓ | Client receipt – Roering |
| 287 | | " | | ✓ | " " – " |
| 295 | | " | | ✓ | Client receipt – Harper |
| 296 | | " | | ✓ | payment history – Harper |
| 345 | | " | | ✓ | Summary – credit card transactions |
| 347 | | " | | ✓ | Financial summary – Teletherm |
| 348 | | " | | ✓ | Financial summary – Symedex |
| 349 | | " | | ✓ | Financial summary – hyperbaric chamber |
| 304 | | " | | ✓ | money laundering summary worksheet |
| 306 | | " | | ✓ | Summary worksheet – 2004 sales |
| 351 | | " | | ✓ | Total sales summary sheet |
| 346 | | " | | ✓ | Summary worksheet – American Express |
| 305 | | " | | ✓ | Summary worksheet – 2003 sales |
| 221 | | " | | ✓ | Client receipt – Drolet |
| | | | | | |
| 5/17/06 | | | | | |
| | | | → | | W-15 LAURIE ERRICO |
| | | | → | | W-16 BONNIE RAMPERSAUD |
| 170 | | 5-17-06 | | ✓ | DC application re: naturopathy |
| 171 | | " | | ✓ | DC license application |
| | SSSS | " | ✓ | | DC naturopathy regulations |
| 175 | | " | | ✓ | FAX: C Brophy to M Franklin – DC |
| | | | → | | W-17 Bonnie Brown Rae |
| 226 | | 5-17-06 | | ✓ | Blood work worksheet – B. Brown |
| 225 | | " | | ✓ | protocol for B. Brown |
| | TTTT | " | ✓ | ✓ | poster – "What is naturopathy?" |
| | | | → | | W-18 JOHN SANTOS |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| → | → | → | → | | W-19 MARY LANG |
| → | → | → | → | | W-20 DR. JENNIFER JUDKINS |
| | UUU | 5-17-06 | ✓ | | Letter: Gilliken to Judkins |
| → | → | → | → | | W-21 CHRISTOPHER ROERING |
| 279 | | 5-17-06 | | ✓ | Care credit application – Roering |
| 280 | | " | | ✓ | blood work sheet – Roering |
| 281 | | " | | ✓ | Bio meridian results – Roering |
| 282 | | " | | ✓ | nutritional support protocol – Roering |
| 285 | | " | | ✓ | client agreement re: scope of care |
| 283 | | " | | ✓ | acknowledgment by Roering |
| 284 | | " | | ✓ | Client bill of rights |
| → | → | → | → | | W-22 DR. MADHAVI YERNENI |
| 5/18/06 → | → | → | → | | W-23 DR. JENNIFER JEREMIAH |
| → | → | → | → | | W-24 Mary Jon DENISTON |
| 32 | | 5-18-06 | | ✓ | marketing interview – Curran |
| 33 | | " | | ✓ | Practice Builders Practice Questionnaire |
| ~~34~~ | | | | | |
| 35 | | 5/18/06 | | ✓ | Fax: Curran to Practice Builders |
| 36 | | " | | ✓ | Fax: Curran to Practice Builders |
| 37 | | " | | ✓ | Fax: Northeast Institute to Practice Builders |
| 44 | | " | | ✓ | promotional material – Alternative |
| 45 | | " | | ✓ | promotional material – Infertility |
| 50 | | " | | ✓ | promotional material – pamphlet |
| → | → | → | → | | W-25 HOWARD EDGAR |
| → | → | → | → | | W-26 TIMOTHY GREGORY |
| 89 | | 5-18-06 | | ✓ | "Green drink" label |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | | vs. | | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|---|---|---|
| ~~PLF.~~ Gov NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 90 | | 5-18-06 | | ✓ | Nutricare International invoices | |
| 88 | | " | | ✓ | E-mail: Gregory to C. Brophy | |
| → | | | | | W-27 THERESA HILLS | |
| 269 | | 5-18-06 | | ✓ | Care credit application – Hills | |
| 270 | | " | | ✓ | protocols for Hills | |
| 271 | | " | | ✓ | blood work worksheet – Hills | |
| 272 | | " | | ✓ | Bio meridian results – Hills | |
| 273 | | " | | ✓ | protocols for Hills | |
| | WWW | " | | ✓ | Client Bill of Rights – | |
| | WWWW | " | | ✓ | Acknowledgment of receipt – Hills | |
| → | | | | | W-28 LINDA MAZZONE | |
| 249 | | 5-18-06 | | ✓ | protocols for Mazzone | |
| 250 | | " | | ✓ | blood test worksheet – Mazzone | |
| 250a | | " | | ✓ | letter from C. Brophy to J. Mazzone | |
| | XXXX | " | | ✓ | acknowledgment of receipt – Mazzone | |
| → | | | | | W-29 NANCY HARPER | |
| 290 | | 5-18-06 | | ✓ | Care Credit Application – Harper | |
| 291 | | " | | ✓ | blood work worksheet – Harper | |
| 292 | | " | | ✓ | protocols for Harper | |
| | YYYY | " | ✓ | ✓ | Acknowledgment of receipt – Harper | |
| | ZZZZ | " | ✓ | ✓ | Therapy room Consent form | |
| → | | | | | W-30 JOSEPHINE LOBUONO | |
| 118 | | 5-18-06 | | ✓ | letter: Curran to Arnett | |
| 288 | | " | | ✓ | payment history re: Roering | |
| 257 | | " | | ✓ | prescription for F. LOBUONO | |
| 259 | | " | | ✓ | blood work worksheet – F. LOBUONO | |
| 258 | | " | | ✓ | Urine tox + metals test – F. LOBUONO | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | BBBBB | 5-18-06 | ✓ | ✓ | Acknowledgment of receipt – F. Lobuono |
| → | | | | | W-31 Dr. James Smythe |
| 399 | | 5-18-06 | | ✓ | Report form re: Santos |
| | CCCCC | " | ✓ | ✓ | Bio Meridian report re: Santos |
| | | | | | |
| 5-19-06 → | | | | | W-32 Colleen Rooney |
| 476 | | 5-19-06 | | ✓ | Stipulation re: Interstate Commerce |
| 477 | | " | | ✓ | Stipulation re: Joint Exhibits |
| 478 | | " | | ✓ | Stipulation re: Initials in Indictment |
| 209 | | " | | ✓ | blood work worksheets – Donato |
| 214 | | " | | ✓ | prescription for Violet |
| 215 | | " | | ✓ | blood work worksheets – Violet |
| 216 | | " | | ✓ | protocols for Violet |
| 373 | | " | | ✓ | plastic bucket "Green Grass" |
| 388 | | " | | ✓ | Container of E-water |
| | GGGGG | " | | ✓ | Thermal Imaging Report |
| | HHHHH | " | | ✓ | Test results – Violet |
| | IIIII | " | | ✓ | Urine Toxic metals results |
| | FFFFF | " | ✓ | ✓ | Client Agreement – Violet |
| 219 | | " | | ✓ | Acknowledgment of receipt – Violet |
| 220 | | " | | ✓ | Client Bill of Rights |
| 218 | | " | | ✓ | Bio Meridian test results – Violet |
| → | | | | | W-33 Susan Barden |
| 235 | | 5-19-06 | | ✓ | promotional document – Curran |
| 236 | | " | | ✓ | blood work worksheet – Barden |
| 237 | | " | | ✓ | protocols for Barden |
| 238 | | " | | ✓ | prescription for Barden |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. John E. Curran — CASE NO. CR 05-102ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 739 | | 5.19.06 | | ✓ | prescription for Barden |
| 740 | | " | | ✓ | Care Credit Application – Barden |
| | EEEEE | " | ✓ | ✓ 5.23.06 | sealed bottle – "ESTROGYN" |
| 5.22.06 | | | | | |
| | | | → | | W-34 KEVIN LARKIN |
| | | | → | | W-35 KAREN CURRAN |
| 520 | | 5.22.06 | ✓ | ✓ | "blender" |
| | | | → | | W-36 JANICE DIVIRGILIO |
| | | | → | | W-37 LEON KAYARIAN |
| | | | → | | W-38 TINA HORNOFF |
| | | | → | | W-39 JEFFREY WILLIAMSON |
| | | | → | | W-40 DIANE TITCOMB |
| | | | → | | W-41 JOSEPH DESLANDES |
| | | | → | | W-42 PAUL BALLETTO |
| | | | → | | W-43 SUSAN LATAILLE |
| | WWWW | 5.22.06 | | ✓ | Acknowledgment of receipt – Lataille |
| | VVVV | " | | ✓ | Agreement re: Scope of Care |
| 521 | | " | | ✓ | Smock – Lataille |
| 522 | | " | | ✓ | 10 LB. Container "green drink" |
| | WWWWW | " | ✓ | | Disclaimer – Lataille |
| 5.23.06 | | | | | |
| | | | → | | W-44 DR. JOHN CURRAN |
| | QQQQQ | 5-23-06 | | ✓ | Certificate – Nu Life Sciences |
| | CCC | " | | ✓ | photo – Curran |
| | BBB | " | | ✓ | photo – Curran |
| | AAA | " | | ✓ | photo – Curran |
| | DDD | " | | ✓ | photo – Curran |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|---|---|
| ~~PLF.~~ Gov't NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | UU | 5-23-06 | | ✓ | photo – Curran |
| | HH | " | | ✓ | Am. College Sports Med. letter to Curran |
| | GG | " | | ✓ | " " " " " " " |
| | FF | " | | ✓ | " " " " " " " |
| | KKKKK | " | | ✓ | Curran – Alt. Med. Promotional Page |
| | LLLLL | " | | ✓ | promotional page w. handwritten notes |
| | MMMMM | " | | ✓ | promotional page w. handwritten notes |
| | PPPPP | " | ✓ | ✓ | Metropolitan Woman Magazine |
| | RRRRR | " | ✓ | | Telethermo Infrared Training Certificate |
| | XXXXX | " | | ✓ | photo – signs in Curran's office |
| | SSSSS | " | ✓ | ✓ | photo – Curran & Goldberg |
| 514 | | " | | ✓ | Certificate – Universal Life Church |
| 207 | | " | | ✓ | progress notes – Killian |
| 213 | | " | | ✓ | progress notes – Drolet |
| 224 | | " | | ✓ | progress notes – B. Brown |
| 248 | | " | | ✓ | progress notes – Mazzone |
| 256 | | " | | ✓ | progress notes – F. Ioburno |
| 268 | | " | | ✓ | progress notes – Hills |
| 278 | | " | | ✓ | progress notes – Roeing |
| 289 | | " | | ✓ | progress notes – Harpel |
| 370 | | " | | ✓ | nameplate – Curran |
| 516 | | " | ✓ | 5-24-06 | Article re: Advanced Natural Healing |
| 517 | | " | | ✓ | laminated Card re: Curran |
| 419 | | " | | ✓ | Degree – Arkansas College Natural Health |
| 29 | | " | | ✓ | CLIA NETWORK NEWSLETTER |
| 505 | | " | | ✓ | Disclaimer – RI Health Aid |
| 208 | | " | | ✓ | bloodwork worksheet – Killian |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John E. Curran | CASE NO. CR 05-102ML |
|---|---|---|---|

| Gov't PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 524 | | 5-23-06 | ✓ | | Client follow-up protocol |
| 523 | | " | ✓ | | Client follow-up protocol |
| 386 | | " | | ✓ | Sulfur powder in container |
| 390 | | " | | ✓ | "Ultra preventive X" in container |
| 500 | | " | | ✓ | Excusal note by Curran |
| 504 | | " | ✓ | | Letter from Northeast Institute re: excusal |
| 5-24-06 | | | | | Examination of W-44 (Curran) resumes |
| 525 | | 5-24-06 | | ✓ | business card - Curran |
| 234 | | " | | ✓ | progress notes - Bardon |
| | YYYY | " | | ✓ | license - Dr Curran |
| | TTTTT | " | | ✓ | page from Providence Yellow Pages re: Curran |
| 58 | | " | | ✓ | Article 'Softer Side of Medicine' |
| | | | | | W-45 DR. SHAWN SCHMIDT |
| | | | | | Recall Robert Farsaro SA |
| | | | | | Recall W-4 Jason Simonian SA |
| 5-26-06 | | | | | |
| 550 | | 5-26-06 | | ✓ | receipt - seized US Currency - $15,821.57 |
| 551 | | " | | ✓ | receipt - seized Cash - $2,510.– |