UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-102ML

JOHN E. CURRAN

Exhibits Receipt

Defendant's Exhibits re: May 15-26, 2006 Jury Trial

SEE attached exhibits list.

Deputy Clerk

Received by:

Date: 6/13/08